**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  NEW ENERGY CONSULTANTS & CONTRACTORS, INC.**<br>**DBA  NEW ENERGY, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0724489** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**RD. 190, KM. 1.5, LOT 5**<br>**SABANA ABAJO INDUSTRIAL PARK**<br>**Carolina, PR 00983**<br>Number, Street, City, State & ZIP Code<br><br>**Carolina**<br>County | **Mailing address, if different from principal place of business**<br><br>**THE SAME**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**THE SAME**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**                    Case number (*if known*) _____
         _____
         Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor  **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

---

| ■ | **Statistical and administrative information** |
|---|---|

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| **14.** | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| **15.** | **Estimated Assets** | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 10, 2019**
           MM / DD / YYYY

**X**   **/s/ YOLANDA GONZALEZ GOMEZ**           **YOLANDA GONZALEZ GOMEZ**
    Signature of authorized representative of debtor          Printed name

Title   **CHIEF FINANCIAL OFFICER & CHIEF RESTRUCTURING OFFICER**

**18. Signature of attorney**

**X**   **/s/ Jose F. Cardona Jimenez USDC-PR**      Date   **October 10, 2019**
    Signature of attorney for debtor                  MM / DD / YYYY

**Jose F. Cardona Jimenez USDC-PR 124504**
Printed name

**Cardona Jimenez Law Offices, PSC**
Firm name

**PO Box 9023593**
**San Juan, PR 00902-3593**
Number, Street, City, State & ZIP Code

Contact phone   **787-724-1303**      Email address   **jf@cardonalaw.com**

**USDC-PR 124504 PR**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 10, 2019**          *X* **/s/ YOLANDA GONZALEZ GOMEZ**
                                                        Signature of individual signing on behalf of debtor

                                             **YOLANDA GONZALEZ GOMEZ**
                                             Printed name

                                             **CHIEF FINANCIAL OFFICER & CHIEF RESTRUCTURING OFFICER**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF PUERTO RICO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADMINISTRACION DE TERRENOS PO BOX 363767 San Juan, PR 00936-3767 | | ACCRUED RENT OWED FOR CHARDON DEMISED PROPERTY | | | | $57,099.66 |
| AEE SOLAR 775 FIERO LANE SUITE 200 San Luis Obispo, CA 93401 | | INVENTORY PURCHASED ON CREDIT | | | | $278,153.75 |
| ALLIED BUILDING PRODUCTS 600 SECAUCUS RD. SUITE 2 Secaucus, NJ 07094 | | INVENTORY SOLD ON CREDIT UP TO 08/26/2019 | | | | $46,906.40 |
| ALTE STORE 330 CODMAN HILL RD. Boxborough, MA 01719 | | INVENTORY | | | | $51,835.00 |
| ALTERNATIVE ENERGY STORE, INC. JAIME APONTE PARSI LAW OFFICE PO BOX 270435 San Juan, PR 00921 | | COLLECTION OF MONEY DUE, CIVIL CASE NO. SJ2019CV07411 | Contingent Unliquidated Disputed | | | $51,835.00 |
| CED GREENTECH MIAMI 3139 N ANDREWS AVE EXT. Pompano Beach, FL 33064 | | INVENTORY | | | | $392,616.95 |
| CONDADO 6, LLC 1519 PONCE DE LEON AVE. SUITE 311 San Juan, PR 00919 | | COMMERCIAL CREDIT FACILITY | | | | $125,539.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTMENT OF TREASURY PO BOX 9024140 San Juan, PR 00902-4140 | | WITHHOLDING TAX FOR SERVICES, INCOME AND SALARIES | | | | $109,697.33 |
| DIRECT RELIEF PUERTO RICO 6400 WALLACE BECKNELL RD. SANTA BARBARA, CA 93117 | | DIRECT RELIEF' S ALLEGED INVENTORY IN DEBTOR'S POSSESSION. CIVIL CASE NO. SJ2019CV09387 | Contingent Unliquidated Disputed | | | $138,000.00 |
| GLENN INTERNATIONAL, INC. PO BOX 3500 Carolina, PR 00984-3500 | | INVENTORY | | | | $74,035.80 |
| HUDSON RENEWABLE LLC 2705 MAIN STREET LAWRENCE, VI 00864-8000 | | INVENTORY | | | | $160,000.00 |
| INTERNAL REVENUE SERVICE Philadelphia, PA 19154 | | FICA & FUTA | | | | $131,000.00 |
| JOHN FITZPATRICK ROCKERFELLER NATURE TRAIL Dorado, PR 00646 | | DEPOSIT FOR PHOTOVOLTAIC SYSTEM | | | | $111,124.00 |
| MAXIMO SOLAR INDUSTRIES PO BOX 3062 Aguadilla, PR 00605 | | INVENTORY SOLD ON CREDIT UP TO 09/20/2019 (INSIDER) | | | | $1,846,086.17 |
| MOISES GARIB 1586 ROBALO ST. URB. BAHIA VISTAMAR Carolina, PR 00983 | | COMMISSIONS | | | | $47,239.70 |
| STATE INSURANCE FUND PO BOX 270435 San Juan, PR 00927 | | WORKMAN'S COMPENSATION INSURANCE PREMIUMS | | | | $52,724.76 |
| SUNNOVA ENERGY CORPORATION 20 GREENWAY PLAZA #475 HOUSTON, TX 77046 | | CHANNEL PARTNER AGREEMENT DISPUTE | | | | $967,273.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**                 Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TABUCHI ELECTRIC 5225 HELLYER AVE. SUITE 150 San Jose, CA 95138** | | **INVENTORY PURCHASED UP TO 03/01/2019** | | | | **$1,115,500.00** |
| **TESLA 3500 DEER CREEK RD. Palo Alto, CA 94304** | | **SOLAR PANELS PURCHASED UP TO 08/21/2019** | | | | **$281,025.04** |
| **WARREN DEL CARIBE RD # 1, KM. 33.3 BAIROA WARD CAGUAS, PR** | | **INVENTORY PURCHASED UP TO 09/26/2019** | | | | **$885,885.51** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF PUERTO RICO**

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **PARLIAMENT HIGH YIELD FUND, LLC**<br>Creditor's Name<br><br>**221 PONCE DE LEON AVE. SUITE 801**<br>**San Juan, PR 00918**<br>Creditor's mailing address<br><br>**lc@parliamentcapital.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**04/09/2019**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**INVENTORY, RECEIVABLES AND PERSONAL PROPERTY**<br><br>Describe the lien<br>**COMMERCIAL TRANSACTION LIEN**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,347,000.00 | $2,347,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,347,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **O'NEILL &  BORGES**<br>**250 MUNOZ RIVERA AVE., SUITE 800**<br>**ATTN. ALFREDO ALVAREZ**<br>**San Juan, PR 00918** | Line   **2.1** | |

**Fill in this information to identify the case:**

Debtor name **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**CRIM**<br>**PO BOX 195387**<br>**San Juan, PR 00919-5387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,647.93 | $32,647.93 |
| | Date or dates debt was incurred<br>**MAY 2018, MAY 2019** | Basis for the claim:<br>**UNP 2018 AND UNP 2019** | | |
| | Last 4 digits of account number **4489** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>**DAVID MORALES**<br>**URB. PAOLO B-4, RD. 787, KM. 5.2**<br>**BEATRIZ WARD**<br>**Caguas, PR 00725** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,499.00 | $3,025.00 |
| | Date or dates debt was incurred<br>**04/01/2019** | Basis for the claim:<br>**DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | | |
| | Last 4 digits of account number **6903** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                55544                Best Case Bankruptcy

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**DEPARTMENT OF LABOR & HUMAN RESOURCES**<br>**PO BOX 191020**<br>**San Juan, PR 00919** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,537.18** | **$8,537.18** |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**UNEMPLOYMENT & DISABILTY TAX** | |
| | Last 4 digits of account number **4489**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY**<br>**PO BOX 9024140**<br>**San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$109,697.33** | **$109,697.33** |
| | Date or dates debt was incurred<br>**12/2018 -6/2019** | Basis for the claim:<br>**WITHHOLDING  TAX FOR SERVICES, INCOME AND SALARIES** | |
| | Last 4 digits of account number **2352**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>**DIANA BEREZDIVIN**<br>**G-1 GREEN HILLS ST.**<br>**GARDEN HILLS**<br>**Guaynabo, PR 00968** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42,824.50** | **Unknown** |
| | Date or dates debt was incurred<br>**05/30/2019** | Basis for the claim:<br>**DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | |
| | Last 4 digits of account number **6941**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>**EDWIN BLANCO**<br>**URB. PARQUE REAL**<br>**N-1 DIAMANTE ST.**<br>**Lajas, PR 00667** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,000.00** | **$3,025.00** |
| | Date or dates debt was incurred<br>**08/15/2019** | Basis for the claim:<br>**DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | |
| | Last 4 digits of account number **7012**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 | $232.00 |
|---|---|---|---|---|

**EDWIN SERRANO LUNA**
**1233 SANTA MARIA ST.**
**JUANA MATOS WARD**
**Catano, PR 00962**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**VACATIONS**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,282.74 | $4,282.74 |
|---|---|---|---|---|

**FIDENCIO ALDAMUY COLON**
**AJ 23 RIO INGENIO STREET**
**RIO HONDO**
**Toa Baja, PR 00949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**VACATIONS (INSIDER)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,250.00 | $3,025.00 |
|---|---|---|---|---|

**HUGO SIMIBLE**
**1050 MARIANA ST.**
**San Juan, PR 00907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/05/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **7009**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131,000.00 | $131,000.00 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**

**Philadelphia, PA 19154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**FICA & FUTA**

Last 4 digits of account number **4489**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $3,025.00 |
|---|---|---|---|---|
| | **JAZMIN DIAZ** | *Check all that apply.* | | |
| | **EXT. ESTANCIAS DEL SOL** | ☐ Contingent | | |
| | **1-A, 7TH ST.** | ☐ Unliquidated | | |
| | **Rio Grande, PR 00745** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **04/28/2018** | **DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | | |
| | Last 4 digits of account number **4259** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $3,025.00 |
|---|---|---|---|---|
| | **JEFFREY MARON** | *Check all that apply.* | | |
| | **26 VISTA  BAHIA** | ☐ Contingent | | |
| | **Cabo Rojo, PR 00623** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **07/30/2019** | **DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | | |
| | Last 4 digits of account number **7000** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,927.00 | $3,025.00 |
|---|---|---|---|---|
| | **JENNIFER ALLORA** | *Check all that apply.* | | |
| | **8 URB. PUNTA DEL VIENTO** | ☐ Contingent | | |
| | **Culebra, PR 00775** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **12/31/2018** | **DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | | |
| | Last 4 digits of account number **6830** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,390.00 | $3,025.00 |
|---|---|---|---|---|
| | **JOEL RIVERA** | *Check all that apply.* | | |
| | **URB. PASEO REAL** | ☐ Contingent | | |
| | **E-6 ZAFIRO ST.** | ☐ Unliquidated | | |
| | **Dorado, PR 00646** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/08/2019** | **DEPOSIT FOR PHOTOVOLTAIC SYSTEM** | | |
| | Last 4 digits of account number **6985** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111,124.00 | $3,025.00 |
|---|---|---|---|---|

**JOHN FITZPATRICK**
**ROCKERFELLER NATURE TRAIL**
**Dorado, PR 00646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/28/2018**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6292**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,599.00 | $3,025.00 |
|---|---|---|---|---|

**JONATHAN PEREZ**
**URB. MANSIONES DE CULEBRINES**
**RD. 109, KM. 25.4 INTERIOR**
**San Sebastian, PR 00685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/25/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6983**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,899.00 | $1,899.00 |
|---|---|---|---|---|

**JOSE LUIS SANTOS**
**URB. PASEO REAL**
**F-13 ESMERALDA ST.**
**Dorado, PR 00646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/21/2019**

Basis for the claim:
**PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **7011**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,400.00 | $3,025.00 |
|---|---|---|---|---|

**JOSE PADILLA**
**CIUDAD JARDIN**
**184 LOS ALTOS ST.**
**Gurabo, PR 00778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/07/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **7008**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,350.00 | $3,025.00 |
|---|---|---|---|---|

**JOSE UMPIERRE**
**OECAN PARK**
**11 GERTRUDIS ST.**
**San Juan, PR 00911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/17/2018**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6505**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,940.00 | $3,025.00 |
|---|---|---|---|---|

**JUAN SEGARRA**
**CAMINOS DEL MAR**
**C-2 VIA CARACOLES ST.**
**Toa Baja, PR 00949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/31/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6969**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $396.00 |
|---|---|---|---|---|

**JUDITH RAMOS MORALES**
**URB. VILLA COOP**
**G-20, 9TH STREET**
**Carolina, PR 00984**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**VACATIONS**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.00 | $462.00 |
|---|---|---|---|---|

**JULIO LEDESMA**
**AVE. CHALETS DEL PARQUE**
**APT. 4D**
**Guaynabo, PR 00969**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**VACATIONS**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,210.00 | $3,025.00 |
|---|---|---|---|---|

**JULIO NORIEGA**
**HACIENDA SAN JOSE**
**39 LA ESTANCIA ST.**
**Caguas, PR 00725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/05/2018**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **4965**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**KENNETH TAMAYO**
**404 CONSTITUCION AVE.**
**APT. 1606**
**San Juan, PR 00901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/06/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **7006**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,625.00 | $2,625.00 |
|---|---|---|---|---|

**LUIS C. MUNIZ CARO**
**142 CALLE 2, C-15**
**URB. NUEVO SAN ANTONIO**
**AGUADILLA, PR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**VACATIONS**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,155.00 | $3,025.00 |
|---|---|---|---|---|

**LUIS LOMBA**
**5 FLAMBOYAN GREEN R/10**
**PALMAS DEL MAR**
**HUMACAO, PR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04/26/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **4033**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,550.00 | $3,025.00 |
|---|---|---|---|---|

**LUIS VELEZ**
**BLOCK G, LOT 10 MORNING DEW ST.**
**SUNRISE, PALMAS DEL MAR**
**Humacao, PR 00791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/17/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6953**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,300.00 | $3,025.00 |
|---|---|---|---|---|

**MICHY LLOVERAS**
**JAGUAS ST.**
**Ciales, PR 00638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/13/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6892**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,159.22 | $3,159.22 |
|---|---|---|---|---|

**MOISES GARIB**
**1586 ROBALO ST.**
**Carolina, PR 00983**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**COMMISSIONS**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,684.50 | $21,684.50 |
|---|---|---|---|---|

**MUNICIPALITY OF SAN JUAN**
**PO BOX 70179**
**San Juan, PR 00936-8179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2018**

Basis for the claim:
**MUNICIPAL PATENT TAX**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.96 | $278.96 |
|---|---|---|---|---|

**NORMAN AYBAR**
**URB. VALLE ESCONDIDO**
**BUZON 35**
**Guaynabo, PR 00971**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**COMMISSIONS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,799.00 | $3,025.00 |
|---|---|---|---|---|

**PADRE JOSE RACHE**
**PARROQUIA SAN ANTONIO DE**
**PADUA**
**7 ASHFORD ST.**
**Guayama, PR 00784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04/30/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6933**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.00 | $176.00 |
|---|---|---|---|---|

**RAMSES R. MARRERO**
**ECHEVARRIA**
**BOSQUE DEL RIO 410, APT. 124**
**RD. 876**
**Trujillo Alto, PR 00976**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/04/2019**

Basis for the claim:
**VACATIONS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,559.40 | $3,025.00 |
|---|---|---|---|---|

**ROBERTO QUINONES**
**RD. 482, KM. 0.6**
**COCOS WARD**
**Quebradillas, PR 00678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/22/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6981**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,950.00 | $3,025.00 |
|---|---|---|---|---|

**SAMUEL AMILL**
**URB. ARENA**
**CALLE HERNANDEZ CARRION**
**Manati, PR 00674**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/06/2018**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **5359**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,326.00 | $3,025.00 |
|---|---|---|---|---|

**SERGIO MEDINA**
**URB. SAVANNAH REAL**
**L-2 PASEO BARCELONA**
**San Lorenzo, PR 00754**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/23/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6997**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,950.00 | $3,025.00 |
|---|---|---|---|---|

**SHALIMAR MONTANEZ**
**URB. ALTURAS DE TERRA LINDA**
**K-14 JAZMIN ST.**
**YABUCOA, PR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/03/2018**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **6670**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,999.00 | $3,025.00 |
|---|---|---|---|---|

**SIXTA VAZQUEZ**
**CANDELERO ARRIBA WARD**
**RD 3 KM 87.9**
**Humacao, PR 00791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/06/2019**

Basis for the claim:
**DEPOSIT FOR PHOTOVOLTAIC SYSTEM**

Last 4 digits of account number **7005**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,724.76 | $52,724.76 |
|---|---|---|---|---|
| | **STATE INSURANCE FUND**<br>**PO BOX 270435**<br>**San Juan, PR 00927** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**WORKMAN'S COMPENSATION INSURANCE PREMIUMS** | | |
| | Last 4 digits of account number **4489** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.10 | $1,346.10 |
|---|---|---|---|---|
| | **VALERIE ALDAMUY COLON**<br>**2011 VIA PLAYERO**<br>**CAMINO DEL MAR**<br>**Toa Baja, PR 00949** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/04/2019** | Basis for the claim:<br>**COMMISSIONS** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.50 | $432.50 |
|---|---|---|---|---|
| | **XIOMARA HERNANDEZ**<br>**70 PAVIA FERNANDEZ ST.**<br>**San Sebastian, PR 00685** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/04/2019** | Basis for the claim:<br>**COMMISSIONS** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.00 | $448.00 |
|---|---|---|---|---|
| | **YASHIRA A. MONTALVO MOORE**<br>**MANSIONES DE MONTECASINO 2**<br>**F-11 # 600 REINITA STREET**<br>**Toa Alta, PR 00953** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/04/2019** | Basis for the claim:<br>**VACATIONS** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**ABC ELECTRONIC SECURITY SYSTEMS**
**260,DE DIEGO AVE.**
**PUERTO NUEVO**
**San Juan, PR 00920**

Date(s) debt was incurred  **05/01/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$234.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ALARM SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**ABL ARCHITECTURAL PRODUCTS CORP.**
**4327 SOUTH HIGHWAY 27**
**SUITE 167**
**Clermont, FL 34711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$128.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ARCHITECTURAL PRODUCTS**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**ADMINISTRACION DE TERRENOS**
**PO BOX 363767**
**San Juan, PR 00936-3767**

Date(s) debt was incurred  **06/01/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$57,099.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ACCRUED RENT OWED FOR CHARDON DEMISED PROPERTY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**ADNET**
**PO BOX 250132**
**AGUADILLA, PR**

Date(s) debt was incurred  **09/01/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3,665.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE SERVER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**AEE SOLAR**
**775 FIERO LANE**
**SUITE 200**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred  **08/02/2019 - LAST TRANSACTION**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$278,153.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY PURCHASED ON CREDIT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**AFLAC**
**1932 WYNNTON RD.**
**Columbus, GA 31999**

Date(s) debt was incurred  **08/01/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,569.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSURANCE PREMIUMS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**AGT DISTRIBUTORS**
**435 ANDALUCIA AVE.**
**PUERTO NUEVO**
**San Juan, PR 00920**

Date(s) debt was incurred  **01/23/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$109.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY PURCHASED ON CREDIT**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
ALARM DEPOT
PO BOX 270304
San Juan, PR 00928-3104

Date(s) debt was incurred **03/31/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ALARM PARTS**

Is the claim subject to offset? ☐ No ☐ Yes

**$289.85**

---

**3.9**

**Nonpriority creditor's name and mailing address**
ALC INDUSTRIAL DEVELOPMENT
URB. ALTAMIRA
546 ALDEBARAN ST.
San Juan, PR 00920

Date(s) debt was incurred **09/01/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **RENT ACCRUED UP TO 09/01/2019**

Is the claim subject to offset? ☐ No ☐ Yes

**$45,382.50**

---

**3.10**

**Nonpriority creditor's name and mailing address**
ALFREDO URIARTE
VERDELUZ ST.
Gurabo, PR 00778

Date(s) debt was incurred **06/21/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **COFFEE SUPPLIES**

Is the claim subject to offset? ☐ No ☐ Yes

**$547.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**
ALLIED BUILDING PRODUCTS
600 SECAUCUS RD.
SUITE 2
Secaucus, NJ 07094

Date(s) debt was incurred **08/26/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY SOLD ON CREDIT UP TO 08/26/2019**

Is the claim subject to offset? ☐ No ☐ Yes

**$46,906.40**

---

**3.12**

**Nonpriority creditor's name and mailing address**
ALLIED CAR & TRUCK RENTAL
PO BOX 38902
San Juan, PR 00928

Date(s) debt was incurred **07/02/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCRUED MOTOR VEHICLES RENT OWED UP TO 07/02/2019**

Is the claim subject to offset? ☐ No ☐ Yes

**$27,599.32**

---

**3.13**

**Nonpriority creditor's name and mailing address**
ALTE STORE
330 CODMAN HILL RD.
Boxborough, MA 01719

Date(s) debt was incurred **12/21/2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ☐ No ☐ Yes

**$51,835.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**
ALTERNATIVE ENERGY STORE, INC.
JAIME APONTE PARSI LAW OFFICE
PO BOX 270435
San Juan, PR 00921

Date(s) debt was incurred **07/21/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **COLLECTION OF MONEY DUE, CIVIL CASE NO. SJ2019CV07411**

Is the claim subject to offset? ■ No ☐ Yes

**$51,835.00**

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**AMENIC PRODUCTIONS**
**GJ-22 STREET 201**
**COUNTRY CLUB**
**Carolina, PR 00982-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/22/2019**

Basis for the claim:  **ADVERTISING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ANALYTICS & ENERGY CONSULTANTS**
**283 MUNOZ RIVERA ST.**
**Bayamon, PR 00959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONSULTANT'S FEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,324.90 |
|---|---|---|---|

**ART ROOFING & LWC CONTRACTORS,**
**CORP.**
**PO BOX 8005321**
**COTO LAUREL, PR 00780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/10/2019**

Basis for the claim:  **PROFESSIONL SERVICES RENDERED UP TO**
**07/10/2019**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**AT & T**
**PO BOX 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/18/2019**

Basis for the claim:  **MOBILE COMMUNICATIONS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,845.76 |
|---|---|---|---|

**ATLANTIC CAPITAL INSURANCE**
**PO BOX 3450**
**Mayaguez, PR 00681-3450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/30/2019**

Basis for the claim:  **FINANCED INSURANCE PREMIUMS OWED UP TO**
**08/30/2019**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**BAEZ CHAO LAW OFFICES**
**PMB 106**
**100 PASEO BLVD., SUITE 112**
**San Juan, PR 00926-5955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/29/2019**

Basis for the claim:  **LEGAL SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,997.00 |
|---|---|---|---|

**BANCO POPULAR DE PUERTO**
**PO BOX 362708**
**San Juan, PR 00936-2708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/06/2014**

Basis for the claim:  **RENT OWED  MAZDA 6, 2014, LICENSE NO. IJN-115**

Last 4 digits of account number **5121**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,919.99**

**BATISTA OFFICE SUPPLY**
**URB. SIERRA BAYAMON**
**70-1 STREET 60**
**Bayamon, PR 00961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/07/2019**

**Basis for the claim:  OFFICES SUPPLIES**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,100.00**

**BENJAMIN GONZALEZ GONZALEZ**
**H-1 GOLONDRINA ST.**
**URB. MONTE CASINO I**
**Toa Alta, PR 00953**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/13/2018**

**Basis for the claim:  CONTRACT BREACH AND COLLECTION OF MONEY CIVIL CASE NO. SJ2019CV07077**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$796.96**

**CARIBBEAN ENERGY**
**PR-3 WITH ROBERTO CLEMENTE AVE**
**Carolina, PR 00985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/14/2019**

**Basis for the claim:  INVENTORY**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00**

**CARIBBEAN LUMBER & HARDWARE**
**PO BOX 190858**
**San Juan, PR 00919-0858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/2018**

**Basis for the claim:  LUMBER AND HARDWARE PRODUCTS**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00**

**CARIBE ENERGY DISTRIBUTORS**
**PR 3 WITH ROBERTO CLEMENTE AVE.**
**Carolina, PR 00985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

**Basis for the claim:  INVENTORY**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00**

**CARIBE RECYCLING CORP.**
**HC-01 BOX 29030**
**PMB 20**
**Caguas, PR 00725-8900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:  RECYCLING SERVICES**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,460.00**

**CARRIER CREDIT SERVICE, INC.**
**5350 W. HILLSBORO BLVD.**
**SUITE 107**
**Pompano Beach, FL 33073-4936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/18/2019**

**Basis for the claim:  FREIGHT LATE CHARGES**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$392,616.95** |
|---|---|---|---|
| | **CED GREENTECH MIAMI**<br>**3139 N ANDREWS AVE EXT.**<br>Pompano Beach, FL 33064 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  03/25/2019 | Basis for the claim:  **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,344.00** |
|---|---|---|---|
| | **CJ QUIÑONEZ ENGINEERING, PSC**<br>**URB. LA SERRANIA**<br>**223 LIRIOS ST.**<br>Caguas, PR 00725 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  08/16/2019 | Basis for the claim:  **ENGINEER'S FEE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,539.00** |
|---|---|---|---|
| | **CONDADO 6, LLC**<br>**1519 PONCE DE LEON AVE.**<br>**SUITE 311**<br>San Juan, PR 00919 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  03/23/2018 | Basis for the claim:  **COMMERCIAL CREDIT FACILITY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00** |
|---|---|---|---|
| | **CONDADO BROADCASTING LLC**<br>**1315 ASHFORD AVE.**<br>**AQUAMARINA SUITE 601**<br>San Juan, PR 00907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  04/30/2019 | Basis for the claim:  **ADVERTISING** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.23** |
|---|---|---|---|
| | **COPYJET, INC.**<br>**PO BOX 363912**<br>San Juan, PR 00936-3912 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  05/29/2018 | Basis for the claim:  **OFFICE SUPPLIES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|
| | **DAVID DUNTLEY**<br>**URB. VERSALLES**<br>**Q2 15TH  STREET**<br>Bayamon, PR 00956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  04/21/2019 | Basis for the claim:  **LIENT REFUND** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138,000.00** |
|---|---|---|---|
| | **DIRECT RELIEF PUERTO RICO**<br>**6400 WALLACE BECKNELL RD.**<br>SANTA BARBARA, CA 93117 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  09/11/2019 | Basis for the claim:  **DIRECT RELIEF' S ALLEGED INVENTORY IN DEBTOR'S POSSESSION. CIVIL CASE NO. SJ2019CV09387** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,417.75 |

**EC WASTE**
**PO BOX 918**
**PUNTA SANTIAGO**
**Punta Santiago, PR 00741-0918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/31/2019

Basis for the claim:  WASTE DISPOSAL SERVICES PROVIDED UP TO 07/31/2019

Last 4 digits of account number  8655

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**ECO MECHANICAL, INC.**
**PO BOX 70250**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  INSTALLER

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |

**EDWIN REYES MACHADO**
**124 RD. 684**
**Barceloneta, PR 00617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/11/2019

Basis for the claim:  DRAFTMAN'S FEES

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.95 |

**EJOST FASTENING SYSTEMS, LP**
**9900 58TH PLACE**
**SUITE 300**
**Kenosha, WI 53144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2019

Basis for the claim:  INVENTORY

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**EKO**
**114 URUGUAY ST.**
**San Juan, PR 00917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/23/2018

Basis for the claim:  ADVERTISING

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.07 |

**ESTRELLA, LLC ATTORNEYS AND**
**COUNSELORS**
**PO BOX 9023596**
**San Juan, PR 00902-3596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/06/2018

Basis for the claim:  LEGAL SERVICES

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.40 |

**EXPO GALLERY**
**PMB 514**
**1353 RD. 19**
**Guaynabo, PR 00966-2715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/23/2018

Basis for the claim:  ADVERTISING

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$792.58**

GFR MEDIA
PO BOX 9227512
SAN JUAN, PR 00922-7512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/01/2019**

Basis for the claim: **ADVERTISING FEES ACCRUED UP TO 10/01/2019**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,035.80**

GLENN INTERNATIONAL, INC.
PO BOX 3500
Carolina, PR 00984-3500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/25/2019**

Basis for the claim: **INVENTORY**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$431.17**

GRAYBAR
BEST THREE BLDG., LOT A
18 JOSE TONY SANTANA, SUITE C-15
Carolina, PR 00979-1547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/15/2019**

Basis for the claim: **INVENTORY**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119.00**

HI-TECH PRODUCTS, INC.
PO BOX 3739
Carolina, PR 00984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/13/2019**

Basis for the claim: **INVENTORY**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,360.13**

HILTI CARIBE LLC
PO BOX 194949
San Juan, PR 00919-4949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/12/2019**

Basis for the claim: **INVENTORY**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,471.19**

HOME DEPOT
PO BOX 78047
Phoenix, AZ 85062-8047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/07/2019**

Basis for the claim: **INVENTORY**

Last 4 digits of account number  **3335**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,900.00**

HOSTSEVEN
EDIFICIO CORPORATIVO 20-10, SUITE 402
98 GUSTAVO MEJIA RICART
SANTO DOMINGO, D.R.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/21/2019**

Basis for the claim: **SOFTWARE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**HUDSON RENEWABLE LLC**
**2705 MAIN STREET**
**LAWRENCE, VI 00864-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/21/2019**

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$950.00** |
|---|---|---|---|

**I.C.C. MULTI SERVICE**
**AK-32 RIO ESPIRITU SANTO ST.**
**RIO HONDO**
**Bayamon, PR 00961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/06/2019**

Basis for the claim:  **INSTALLERS SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,435.20** |
|---|---|---|---|

**IFCO RECYCLING**
**PO BOX 191744**
**SAN JUAN, PR 00919-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2019**

Basis for the claim:  **WASTE SERVICE**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**IGLESIAS VAZQUEZ & ASSOCIATES**
**PO BOX 9024070**
**San Juan, PR 00902-4070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/26/2019**

Basis for the claim:  **PROFESSIONAL SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,117.50** |
|---|---|---|---|

**ISLA COOP**
**PO BOX 3388**
**Carolina, PR 00984-3388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/22/2018**

Basis for the claim:  **LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**JAC CONSULTORES, INC.**
**ALTOS DE ESCORIAL 930**
**Carolina, PR 00984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/02/2018**

Basis for the claim:  **ENGINEERS' FEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |
|---|---|---|---|

**JESUS VILLEGAS**
**NN-14 32 STREET**
**ALTURAS DE FLAMBOYAN**
**BAYAMON, PR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/02/2018**

Basis for the claim:  **INSTALLER'S FEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**JOSE G. BARREIRO**
**PMB 352**
**PO BOX 194000**
**San Juan, PR 00919-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/13/2019

Basis for the claim:  ENGINEER'S FEES

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,067.02 |
|---|---|---|---|

**JULIO RIVERA**
**URB. MIRADOR DE BAIROA**
**2-S, 26TH STREET**
**Caguas, PR 00725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  REFUND

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,118.75 |
|---|---|---|---|

**KAREN K. MORALES PEREZ, ESQ.**
**SUITE 205 B**
**623 PONCE DE LEON AVE.**
**San Juan, PR 00917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/17/2019

Basis for the claim:  LEGAL FEES

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**KENNETH TAMAYO**
**404 CONSTITUCION AVE.**
**APT. 1606**
**San Juan, PR 00901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  10/08/2019

Basis for the claim:  DISCOVER CARD CLAIM FOR REIMBURSEMENT

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,631.25 |
|---|---|---|---|

**KERKADO ESTRADA & CO. PSC**
**1055 MARGINAL AVE. KENNEDY**
**SUITE 206**
**San Juan, PR 00920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/17/2019

Basis for the claim:  AUDITORS' FEE

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,549.00 |
|---|---|---|---|

**LEASE OPTION COMPANY, INC.**
**PO BOX 40851**
**San Juan, PR 00940-0851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/30/2019 (ACCRUED)

Basis for the claim:  LEASE PAYMENTS OWED TOSHIBA PHOTOCOPIER

Last 4 digits of account number  3772

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,941.25 |
|---|---|---|---|

**LEASEWAY OF PR**
**PO BOX 11311**
**CAPRRA HEIGHTS STA.**
**San Juan, PR 00922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/01/2019

Basis for the claim:  MOTOR VEHICLE LEASE PAYMENTS ACCRUED UP TO 10/01/2019

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **LIGHT GAS**<br>**PO BOX 1155**<br>**Salinas, PR 00751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  08/16/2019 | Basis for the claim:  **PROPANE GAS FOR FORKLIFT** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.00 |
|---|---|---|
| **LIVE & LIFE IN PALMAS**<br>**170 PALMA DR.**<br>**APT. 36**<br>**Humacao, PR 00791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  04/09/2018 | Basis for the claim:  **ADVERTISING** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,418.87 |
|---|---|---|
| **LPG CPA, PSC**<br>**PMB 516**<br>**133 LUIS VIGOREAUX AVE.**<br>**Guaynabo, PR 00966** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  02/18/2019 | Basis for the claim:  **ACCOUNTING SERVICE** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,596.00 |
|---|---|---|
| **LUZ VIERA PEREZ**<br>**HC-3 BOX 9579**<br>**Lares, PR 00669** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  04/16/2019 | Basis for the claim:  **CLIENT REFUND** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|
| **MARCEL DALL PAI** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  08/15/2019 | Basis for the claim:  **DESIGN SERVICE** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,846,086.17 |
|---|---|---|
| **MAXIMO SOLAR INDUSTRIES**<br>**PO BOX 3062**<br>**Aguadilla, PR 00605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  09/20/2019 | Basis for the claim:  **INVENTORY SOLD ON CREDIT UP TO 09/20/2019 (INSIDER)** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,196.64 |
|---|---|---|
| **MAXIMO SOLAR INDUSTRIES FLORIDA**<br>**1003 SATELLITE BLVD.**<br>**SUITE 2018**<br>**Orlando, FL 32837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  07/23/2019 | Basis for the claim:  **INVENTORY SOLD ON CREDIT UP TO 07/23/2019** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,548.00 |
|---|---|---|---|
| | MCKENZIE & ASSOCIATES, LLC | ☐ Contingent | |
| | POPULAR CENTER BLDG, SUITE 1008 | ☐ Unliquidated | |
| | 208 PONCE DE LEON AVE. | ☐ Disputed | |
| | San Juan, PR 00919 | | |
| | Date(s) debt was incurred 09/05/2019 | Basis for the claim: CONSULTING SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,574.42 |
|---|---|---|---|
| | MCS | ☐ Contingent | |
| | PO BOX 193310 | ☐ Unliquidated | |
| | San Juan, PR 00919-3310 | ☐ Disputed | |
| | Date(s) debt was incurred 09/01/2019 | Basis for the claim: MEDICAL INSURANCE PREMIUMS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | METRO PUERTO RICO, LLC | ☐ Contingent | |
| | PO BOX 1187 | ☐ Unliquidated | |
| | Guaynabo, PR 00970-1187 | ☐ Disputed | |
| | Date(s) debt was incurred 01/02/2019 | Basis for the claim: ADVERTISING | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | MIGUEL TORRES VEGA | ☐ Contingent | |
| | URB. LOS FAROLES | ☐ Unliquidated | |
| | 199 PASEO DE LA PRINCESA | ☐ Disputed | |
| | Bayamon, PR 00956 | | |
| | Date(s) debt was incurred 01/01/2019 | Basis for the claim: REFUND | |
| | Last 4 digits of account number 3105 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,239.70 |
|---|---|---|---|
| | MOISES GARIB | ☐ Contingent | |
| | 1586 ROBALO ST. | ☐ Unliquidated | |
| | URB. BAHIA VISTAMAR | ☐ Disputed | |
| | Carolina, PR 00983 | | |
| | Date(s) debt was incurred 08/23/2019 | Basis for the claim: COMMISSIONS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.70 |
|---|---|---|---|
| | MULTI-CLEAN | ☐ Contingent | |
| | PO BOX 1396 | ☐ Unliquidated | |
| | Saint Just, PR 00978-1396 | ☐ Disputed | |
| | Date(s) debt was incurred 06/30/2019 | Basis for the claim: CLEANING SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,864.00 |
|---|---|---|---|
| | NAVARRO STRATEGIC CONSULTANT, INC. | ☐ Contingent | |
| | COND. CAPRIVILAS, APT. 410 | ☐ Unliquidated | |
| | 570 CALLE VERONA | ☐ Disputed | |
| | San Juan, PR 00924 | | |
| | Date(s) debt was incurred 06/15/2019 | Basis for the claim: CONSULTANT'S FEE | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78**

**Nonpriority creditor's name and mailing address**

**OHMS ELECTRICAL & REFRIGERATION**
**111 CALLE CECILIO  URBINA**
**3208 PORTAL DE SOFIA**
**Guaynabo, PR 00969**

Date(s) debt was incurred  **07/25/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **PROFESSIONAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$942.18**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**OSNET WIRELESS**
**PO BOX 819**
**Humacao, PR 00792-0851**

Date(s) debt was incurred  **09/01/2019**

Last 4 digits of account number  **1715**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **INTERNET SERVICES UP TO 09/01/2019**

Is the claim subject to offset? ■ No ☐ Yes

**$2,879.55**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**P.A. BARCELO, LLC**
**PO BOX 9021880**
**San Juan, PR 00902-1880**

Date(s) debt was incurred  **09/05/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LEGAL SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

**$28,710.00**

---

**3.81**

**Nonpriority creditor's name and mailing address**

**RC PROFESSIONALS & CONSTRUCTION**
**SERVICES**
**PO BOX 427**
**Coamo, PR 00769**

Date(s) debt was incurred  **05/24/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **PROFESSIONAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$997.50**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**RENVU**
**1350-C PEAR AVE.**
**Mountain View, CA 94043-1303**

Date(s) debt was incurred  **05/07/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.56**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**RICHARD SCHELL, ESQ.**
**171 CHARDON AVE., SUITE 301**
**San Juan, PR 00918**

Date(s) debt was incurred  **03/28/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LEGAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$2,537.50**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**RICOH**
**PO BOX 71459**
**San Juan, PR 00936-8559**

Date(s) debt was incurred  **06/21/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **PRINTER LEASE**

Is the claim subject to offset? ■ No ☐ Yes

**$917.87**

---

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,192.07**

ROGER ELECTRIC
PO BOX 3166
Bayamon, PR 00960-3166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/14/2019**

Basis for the claim:  **ELECTRIC SUPPLIES**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$390.00**

RPFX LOGISTICS, LLC
211 O'NEILL ST.
HATO REY
San Juan, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/23/2019**

Basis for the claim:  **TRANSPORTATION & PACKAGING**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00**

SECURITY GATE & DOOR
407 RIVADAVILA ST.
URB. VALENCIA
San Juan, PR 00923-1817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2019**

Basis for the claim:  **ALARM SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00**

SOL NEXT ENERGY
219 ALMENDRO ST.
URB. HACIENDA BORINQUEN
Caguas, PR 00725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **SALE GROUP**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,088.00**

SUNJUICE SOLAR, LLC
HCI BOX 4297
Utuado, PR 00641-9354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/20/2019**

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$967,273.00**

SUNNOVA ENERGY CORPORATION
20 GREENWAY PLAZA #475
HOUSTON, TX 77046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2013**

Basis for the claim:  **CHANNEL PARTNER AGREEMENT DISPUTE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,251.79**

SUNPOWER ENERGY
PO BOX 4003 PMB 122
Moca, PR 00676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/14/2019**

Basis for the claim:  **INSTALLERS' FEES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**SUNRUN**
1515 ARAPAHOE ST.
TOWER 2, SUITE 600
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/06/2018**

Basis for the claim:  **INVENTORY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115,500.00**

**TABUCHI ELECTRIC**
5225 HELLYER AVE.
SUITE 150
San Jose, CA 95138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2019**

Basis for the claim:  **INVENTORY PURCHASED UP TO 03/01/2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281,025.04**

**TESLA**
3500 DEER CREEK RD.
Palo Alto, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/21/2019**

Basis for the claim:  **SOLAR PANELS PURCHASED UP TO 08/21/2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**UNITED SURETY & INDEMNITY CO.**
PO BOX 2111
San Juan, PR 00922-2111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/02/2018**

Basis for the claim:  **SURETY FEE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,193.00**

**UNO RADIO GROUP**
PO BOX 363222
San Juan, PR 00936-3222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/02/2018**

Basis for the claim:  **ADVERTISING EXCHANGE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**VMO**
PO BOX 4131
Aguadilla, PR 00605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/06/2019**

Basis for the claim:  **ENGINEER'S SERVICES**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$885,885.51**

**WARREN DEL CARIBE**
RD # 1, KM. 33.3
BAIROA WARD
CAGUAS, PR

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/26/2019**

Basis for the claim:  **INVENTORY PURCHASED UP TO 09/26/2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.65 |
|---|---|---|---|

**3.99** Nonpriority creditor's name and mailing address
WHOLESALE ELECTRIC DEL CARIBE

Barceloneta, PR 00617-2057
Date(s) debt was incurred 07/09/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$407.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: ELECTRIC SUPPLIES
Is the claim subject to offset? ☑ No ☐ Yes

**3.100** Nonpriority creditor's name and mailing address
WILLIAM QUINTANA
HACIENDA LA SABANA
29 ARECIFE ST.
Gurabo, PR 00778
Date(s) debt was incurred 2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$1.00**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: ADMINISTRATIVE CLAIM IN DACO - ARECIBO CLAIM NO. ARE-2018-0001505
Is the claim subject to offset? ☑ No ☐ Yes

**3.101** Nonpriority creditor's name and mailing address
WORLDNET TELECOMMUNICATIONS, INC.
CENTRO INTERNACIONAL DE MERCADEO #90
RD. 165, SUITE 201
Guaynabo, PR 00968-8059
Date(s) debt was incurred 01/17/2014
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$1.00**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: TELECOMMUNICATIONS SERVICES, COLLECTION OF MONEY DUE CIVIL CASE NO. SJ2019CV05537
Is the claim subject to offset? ☑ No ☐ Yes

**3.102** Nonpriority creditor's name and mailing address
YAMIL CASTILLO 14373
DORADO BEACH EAST, VILLA 444
Dorado, PR 00646
Date(s) debt was incurred 09/17/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: CLIENT REFUND
Is the claim subject to offset? ■ No ☐ Yes

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ALMA Y. DURAN NIEVES, ESQ. COND. ALTAGRACIA, 5-C 262 URUGUAY ST. San Juan, PR 00917 | Line 3.14 ☐ Not listed. Explain ___ | _ |
| 4.2 | DIRECT RELIEF PUERTO RICO 542 ESCORIAL AVE. CAPRRA HEIGHTS San Juan, PR 00922 | Line 3.35 ☐ Not listed. Explain ___ | _ |
| 4.3 | JUAN MENDEZ SOLIS, ESQ. CITIBANK TOWER, SUITE 1402 252 PONCE DE LEON AVE. San Juan, PR 00918-0201 | Line 3.9 ☐ Not listed. Explain ___ | _ |

| Debtor | NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.4** **KAREN K. MORALES PEREZ, ESQ.**<br>**SUITE 205 B, BANCO COOPERATIVO PLAZA**<br>**623 PONCE DE LEON AVE.**<br>**San Juan, PR 00917** | Line **3.100**<br><br>☐ Not listed. Explain ____ | _ |
| **4.5** **MARICHAL HERNANDEZ SANTIAGO & JUARBE**<br>**PO BOX 190095**<br>**San Juan, PR 00919-0095** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| **4.6** **TOSHIBA**<br>**PO BOX 70243**<br>**San Juan, PR 00936** | Line **3.62**<br><br>☐ Not listed. Explain ____ | **3772** |
| **4.7** **VIRGILIO MACHADO AVILES, ESQ.**<br>**601 DISTRITO DE CONVENCIONES**<br>**BLVD BALDORIOTY DE CASTRO**<br>**San Juan, PR 00907** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 751,131.12 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,955,104.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,706,235.12 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**      Case No. _____

                                          Debtor(s)      Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $        **10,000.00**

    Prior to the filing of this statement I have received ............................... $        **10,000.00**

    Balance Due ............................................................................................ $        **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☐ Debtor      ■ Other (specify):      **In addition to the $10,000. retainer fee Debtor paid through our office $1,717.00 for the Chapter 11 filing fee. In adddition Debtor agreed to compensate our law firm at the rate of $300.00/hr for services rendered plus the reimbursement of expenses.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 10, 2019** _____      **/s/ Jose F. Cardona Jimenez USDC-PR** _____
*Date*                                                  **Jose F. Cardona Jimenez USDC-PR 124504**
                                                              *Signature of Attorney*
                                                              **Cardona Jimenez Law Offices, PSC**
                                                              **PO Box 9023593**
                                                              **San Juan, PR 00902-3593**
                                                              **787-724-1303  Fax: 787-724-1369**
                                                              **jf@cardonalaw.com**
                                                              *Name of law firm*

## United States Bankruptcy Court
### District of Puerto Rico

In re   **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ALEJANDRO URIARTE OTHEGUY**<br>**PO BOX 6696**<br>**San Juan, PR 00914** | | **05/100** | **MEMBER OF THE LLC** |
| **FIDENCIO V. ALDAMUY COLON**<br>**AJ 23 RIO INGENIO ST.**<br>**RIO HONDO II**<br>**Bayamon, PR 00961** | | **05/100** | **MEMBER OF THE LLC** |
| **GIOVANNI J. CORDERO BONINI**<br>**PRADERA NAVARRO**<br>**# 46 ANDALUCIA ST.**<br>**Gurabo, PR 00778** | | **05/100** | **MEMBER OF THE LLC** |
| **LUIS ACOSTA BENITEZ**<br>**PMB # 99**<br>**400 CALAF ST.**<br>**San Juan, PR 00918** | | **05/100** | **MEMBER OF THE LLC** |
| **MSI ENERGY, LLC**<br>**RD. 463, KM. 1.5 INT.**<br>**CAIMITAL ALTO WARD**<br>**AGUADILLA** | **MEMBER** | **80/100** | **MAJORITY MEMBER OF LLC** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CHIEF FINANCIAL OFFICER & CHIEF RESTRUCTURING OFFICER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 10, 2019**

Signature   **/s/ YOLANDA GONZALEZ GOMEZ**

**YOLANDA GONZALEZ GOMEZ**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Puerto Rico**

In re    __NEW ENERGY CONSULTANTS & CONTRACTORS, LLC__      Case No.   _____

                                              Debtor(s)           Chapter     __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CHIEF FINANCIAL OFFICER & CHIEF RESTRUCTURING OFFICER of the corporation named as the debtor in this case,

hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 10, 2019__ _____         __/s/ YOLANDA GONZALEZ GOMEZ__ _____

                                                    **YOLANDA GONZALEZ GOMEZ**/**CHIEF FINANCIAL OFFICER &**
                                                    **CHIEF RESTRUCTURING OFFICER**
                                                    Signer/Title

NEW ENERGY CONSULTANTS & CONTRACTORS LLC
RD. 190, KM. 1.5, LOT 5
SABANA ABAJO INDUSTRIAL PARK
CAROLINA, PR 00983

AACES, P.R.
PO BOX 270304
SAN JUAN, PR 00928-3104

AMENIC PRODUCTIONS
GJ-22 STREET 201
COUNTRY CLUB
CAROLINA, PR 00982-2000

JOSE F. CARDONA JIMENEZ USDC-PR
CARDONA JIMENEZ LAW OFFICES, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

ALC INDUSTRIAL DEVELOPMENT
URB. ALTAMIRA
546 ALDEBARAN ST.
SAN JUAN, PR 00920

ANALYTICS & ENERGY CONSUL
283 MUNOZ RIVERA ST.
BAYAMON, PR 00959

ABC ELECTRONIC  SECURITY SYSTEMS
260,DE DIEGO AVE.
PUERTO NUEVO
SAN JUAN, PR 00920

ALEJANDRO URIARTE OTHEGUY
PO BOX 6696
SAN JUAN, PR 00914

ART ROOFING & LWC CONTRAC
PO BOX 8005321
COTO LAUREL, PR 00780

ABL ARCHITECTURAL PRODUCTS CORP
4327 SOUTH HIGHWAY 27
SUITE 167
CLERMONT, FL 34711

ALFREDO URIARTE
VERDELUZ ST.
GURABO, PR 00778

AT & T
PO BOX 6463
CAROL STREAM, IL 60197-6463

ADMINISTRACION DE TERRENOS
PO BOX 363767
SAN JUAN, PR 00936-3767

ALLIED BUILDING PRODUCTS
600 SECAUCUS RD.
SUITE 2
SECAUCUS, NJ 07094

ATLANTIC CAPITAL INSURANCE
PO BOX 3450
MAYAGUEZ, PR 00681-3450

ADNET
PO BOX 250132
AGUADILLA, PR

ALLIED CAR & TRUCK RENTAL
PO BOX 38902
SAN JUAN, PR 00928

BAEZ CHAO LAW OFFICES
PMB 106
100 PASEO BLVD., SUITE 112
SAN JUAN, PR 00926-5955

AEE SOLAR
775 FIERO LANE
SUITE 200
SAN LUIS OBISPO, CA 93401

ALMA Y. DURAN NIEVES, ESQ.
COND. ALTAGRACIA, 5-C
262 URUGUAY ST.
SAN JUAN, PR 00917

BANCO POPULAR DE PUERTO
PO BOX 362708
SAN JUAN, PR 00936-2708

AFLAC
1932 WYNNTON RD.
COLUMBUS, GA 31999

ALTE STORE
330 CODMAN HILL RD.
BOXBOROUGH, MA 01719

BATISTA OFFICE SUPPLY
URB. SIERRA BAYAMON
70-1 STREET 60
BAYAMON, PR 00961

AGT DISTRIBUTORS
435 ANDALUCIA AVE.
PUERTO NUEVO
SAN JUAN, PR 00920

ALTERNATIVE ENERGY STORE, INC.
JAIME APONTE PARSI LAW OFFICE
PO BOX 270435
SAN JUAN, PR 00921

BENJAMIN GONZALEZ GONZALE
H-1 GOLONDRINA ST.
URB. MONTE CASINO I
TOA ALTA, PR 00953

CARIBBEAN ENERGY
PR-3 WITH ROBERTO CLEMENTE AVE
CAROLINA, PR 00985

CONDADO BROADCASTING LLC
1315 ASHFORD AVE.
AQUAMARINA SUITE 601
SAN JUAN, PR 00907

DIRECT RELIEF PUERTO RICO
542 ESCORIAL AVE.
CAPRRA HEIGHTS
SAN JUAN, PR 00922

CARIBBEAN LUMBER & HARDWARE
PO BOX 190858
SAN JUAN, PR 00919-0858

COPYJET, INC.
PO BOX 363912
SAN JUAN, PR 00936-3912

EC WASTE
PO BOX 918
PUNTA SANTIAGO
PUNTA SANTIAGO, PR 00741-0918

CARIBE ENERGY DISTRIBUTORS
PR 3 WITH ROBERTO CLEMENTE AVE.
CAROLINA, PR 00985

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

ECO MECHANICAL, INC.
PO BOX 70250
SAN JUAN, PR 00936

CARIBE RECYCLING CORP.
HC-01 BOX 29030
PMB 20
CAGUAS, PR 00725-8900

DAVID DUNTLEY
URB. VERSALLES
Q2 15TH STREET
BAYAMON, PR 00956

EDWIN BLANCO
URB. PARQUE REAL
N-1 DIAMANTE ST.
LAJAS, PR 00667

CARRIER CREDIT SERVICE, INC.
5350 W. HILLSBORO BLVD.
SUITE 107
POMPANO BEACH, FL 33073-4936

DAVID MORALES
URB. PAOLO B-4, RD. 787, KM. 5.2
BEATRIZ WARD
CAGUAS, PR 00725

EDWIN REYES MACHADO
124 RD. 684
BARCELONETA, PR 00617

CED GREENTECH MIAMI
3139 N ANDREWS AVE EXT.
POMPANO BEACH, FL 33064

DEPARTMENT OF LABOR & HUMAN RESOURCES
PO BOX 191020
SAN JUAN, PR 00919

EDWIN SERRANO LUNA
1233 SANTA MARIA ST.
JUANA MATOS WARD
CATANO, PR 00962

CJ QUIÑONEZ ENGINEERING, PSC
URB. LA SERRANIA
223 LIRIOS ST.
CAGUAS, PR 00725

DEPARTMENT OF TREASURY
PO BOX 9024140
SAN JUAN, PR 00902-4140

EJOST FASTENING SYSTEMS, L
9900 58TH PLACE
SUITE 300
KENOSHA, WI 53144

CLARISSA INES BIAGGI
PMB # 99
400 CALAF ST.
SAN JUAN, PR 00918

DIANA BEREZDIVIN
G-1 GREEN HILLS ST.
GARDEN HILLS
GUAYNABO, PR 00968

EKO
114 URUGUAY ST.
SAN JUAN, PR 00917

CONDADO 6, LLC
1519 PONCE DE LEON AVE.
SUITE 311
SAN JUAN, PR 00919

DIRECT RELIEF PUERTO RICO
6400 WALLACE BECKNELL RD.
SANTA BARBARA, CA 93117

ESTRELLA, LLC ATTORNEYS AND
PO BOX 9023596
SAN JUAN, PR 00902-3596

EXPO GALLERY
PMB 514
1353 RD. 19
GUAYNABO, PR 00966-2715

HI-TECH PRODUCTS, INC.
PO BOX 3739
CAROLINA, PR 00984

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19154

FIDENCIO ALDAMUY COLON
AJ 23 RIO INGENIO STREET
RIO HONDO
TOA BAJA, PR 00949

HILTI CARIBE LLC
PO BOX 194949
SAN JUAN, PR 00919-4949

ISLA COOP
PO BOX 3388
CAROLINA, PR 00984-3388

FIDENCIO ALDAMUY COLON
RD. 190, KM.1.5, LOT 5
SABANA ABAJO INDUSTRIAL PARK
CAROLINA, PR 00983

HOME DEPOT
PO BOX 78047
PHOENIX, AZ 85062-8047

JAC CONSULTORES, INC.
ALTOS DE ESCORIAL 930
CAROLINA, PR 00984

FIDENCIO V. ALDAMUY COLON
AJ 23 RIO INGENIO ST.
RIO HONDO II
BAYAMON, PR 00961-8000

HOSTSEVEN
EDIFICIO CORPORATIVO 20-10, SUITE 402
98 GUSTAVO MEJIA RICART
SANTO DOMINGO, D.R.

JAVIER DENIZ QUINONEZ
PO BOX 1623
SAN SEBASTIAN, PR 00685

GFR MEDIA
PO BOX 9227512
SAN JUAN, PR 00922-7512

HUDSON RENEWABLE LLC
2705 MAIN STREET
LAWRENCE, VI 00864-8000

JAZMIN DIAZ
EXT. ESTANCIAS DEL SOL
1-A, 7TH ST.
RIO GRANDE, PR 00745

GIOVANNI CORDERO BONINI
RD. 190, KM. 1.5, LOT 5
SABANA ABAJO INDUSTRIAL PARK
CAROLINA, PR 00983

HUGO SIMIBLE
1050 MARIANA ST.
SAN JUAN, PR 00907

JEFFREY MARON
26 VISTA  BAHIA
CABO ROJO, PR 00623

GIOVANNI J. CORDERO BONINI
PRADERA NAVARRO
44 ANDALUCIA ST.
GURABO, PR 00778

I.C.C. MULTI SERVICE
AK-32 RIO ESPIRITU SANTO ST.
RIO HONDO
BAYAMON, PR 00961

JENNIFER ALLORA
8 URB. PUNTA DEL VIENTO
CULEBRA, PR 00775

GLENN INTERNATIONAL, INC.
PO BOX 3500
CAROLINA, PR 00984-3500

IFCO RECYCLING
PO BOX 191744
SAN JUAN, PR 00919-1744

JESUS VILLEGAS
NN-14 32 STREET
ALTURAS DE FLAMBOYAN
BAYAMON, PR

GRAYBAR
BEST THREE BLDG., LOT A
18 JOSE TONY SANTANA, SUITE C-15
CAROLINA, PR 00979-1547

IGLESIAS VAZQUEZ & ASSOCIATES
PO BOX 9024070
SAN JUAN, PR 00902-4070

JOEL RIVERA
URB. PASEO REAL
E-6 ZAFIRO ST.
DORADO, PR 00646

JOHN FITZPATRICK
ROCKERFELLER NATURE TRAIL
DORADO, PR 00646

JONATHAN PEREZ
URB. MANSIONES DE CULEBRINES
RD. 109, KM. 25.4 INTERIOR
SAN SEBASTIAN, PR 00685

JOSE G. BARREIRO
PMB 352
PO BOX 194000
SAN JUAN, PR 00919-4000

JOSE LUIS SANTOS
URB. PASEO REAL
F-13 ESMERALDA ST.
DORADO, PR 00646

JOSE PADILLA
CIUDAD JARDIN
184 LOS ALTOS ST.
GURABO, PR 00778

JOSE UMPIERRE
OECAN PARK
11 GERTRUDIS ST.
SAN JUAN, PR 00911

JUAN MENDEZ SOLIS, ESQ.
CITIBANK TOWER, SUITE 1402
252 PONCE DE LEON AVE.
SAN JUAN, PR 00918-0201

JUAN SEGARRA
CAMINOS DEL MAR
C-2 VIA CARACOLES ST.
TOA BAJA, PR 00949

JUDITH RAMOS MORALES
URB. VILLA COOP
G-20, 9TH STREET
CAROLINA, PR 00984

JULIO LEDESMA
AVE. CHALETS DEL PARQUE
APT. 4D
GUAYNABO, PR 00969

JULIO NORIEGA
HACIENDA SAN JOSE
39 LA ESTANCIA ST.
CAGUAS, PR 00725

JULIO RIVERA
URB. MIRADOR DE BAIROA
2-S, 26TH STREET
CAGUAS, PR 00725

KAREN K. MORALES PEREZ, ESQ.
SUITE 205 B
623 PONCE DE LEON AVE.
SAN JUAN, PR 00917

KAREN K. MORALES PEREZ, ESQ.
SUITE 205 B, BANCO COOPERATIVO PLAZA
623 PONCE DE LEON AVE.
SAN JUAN, PR 00917

KENNETH TAMAYO
404 CONSTITUCION AVE.
APT. 1606
SAN JUAN, PR 00901

KENNETH TAMAYO
404 CONSTITUCION AVE.
APT. 1606
SAN JUAN, PR 00901

KERKADO ESTRADA & CO. PSC
1055 MARGINAL AVE. KENNEDY
SUITE 206
SAN JUAN, PR 00920

LEASE OPTION COMPANY, INC.
PO BOX 40851
SAN JUAN, PR 00940-0851

LEASEWAY OF PR
PO BOX 11311
CAPRRA HEIGHTS STA.
SAN JUAN, PR 00922

LIGHT GAS
PO BOX 1155
SALINAS, PR 00751

LIVE & LIFE IN PALMAS
170 PALMA DR.
APT. 36
HUMACAO, PR 00791

LPG CPA, PSC
PMB 516
133 LUIS VIGOREAUX AVE.
GUAYNABO, PR 00966

LUIS ACOSTA BENITEZ
PMB 99
400 CALAF ST.
SAN JUAN, PR 00918

LUIS C. MUNIZ CARO
142 CALLE 2, C-15
URB. NUEVO SAN ANTONIO
AGUADILLA, PR

LUIS LOMBA
5 FLAMBOYAN GREEN R/10
PALMAS DEL MAR
HUMACAO, PR

LUIS VELEZ
BLOCK G, LOT 10 MORNING DEW
SUNRISE, PALMAS DEL MAR
HUMACAO, PR 00791

LUZ VIERA PEREZ
HC-3 BOX 9579
LARES, PR 00669

MARCEL DALL PAI

MICHY LLOVERAS
JAGUAS ST.
CIALES, PR 00638

O'NEILL &   BORGES
250 MUNOZ RIVERA AVE., SUITE 800
ATTN. ALFREDO ALVAREZ
SAN JUAN, PR 00918

MARIBEL RAMIREZ TOLEDO
RD. 463, KM 1.2 INT.
CAIMITAL ALTO WARD
AGUADILLA, PR 00603

MIGUEL TORRES VEGA
URB. LOS FAROLES
199 PASEO DE LA PRINCESA
BAYAMON, PR 00956

OHMS ELECTRICAL & REFRIGER
111 CALLE CECILIO  URBINA
3208 PORTAL DE SOFIA
GUAYNABO, PR 00969

MARICHAL HERNANDEZ SANTIAGO & JUAN
PO BOX 190095
SAN JUAN, PR 00919-0095

JORGE GARIB
1586 ROBALO ST.
URB. BAHIA VISTAMAR
CAROLINA, PR 00983

OSNET WIRELESS
PO BOX 819
HUMACAO, PR 00792-0851

MAXIMO SOLAR INDUSTRIES
PO BOX 3062
AGUADILLA, PR 00605

MOISES GARIB
1586 ROBALO ST.
CAROLINA, PR 00983

P.A. BARCELO, LLC
PO BOX 9021880
SAN JUAN, PR 00902-1880

MAXIMO SOLAR INDUSTRIES FLORIDA
1003 SATELLITE BLVD.
SUITE 2018
ORLANDO, FL 32837

MSI ENERGY, LLC
RD. 463, KM. 1.5 INT.
CAIMITAL ALTO WARD
AGUADILLA

PADRE JOSE RACHE
PARROQUIA SAN ANTONIO DE P
7 ASHFORD ST.
GUAYAMA, PR 00784

MAXIMO TORRES NAZARIO
RD. 463, KM. 1.2 INT
CAIMITAL ALTO WARD
AGUADILLA, PR 00603

MULTI-CLEAN
PO BOX 1396
SAINT JUST, PR 00978-1396

PARLIAMENT HIGH YIELD FUNDLL
221 PONCE DE LEON AVE. SUITE 800
SAN JUAN, PR 00918

MCKENZIE & ASSOCIATES, LLC
POPULAR CENTER BLDG, SUITE 1008
208 PONCE DE LEON AVE.
SAN JUAN, PR 00919

MUNICIPALITY OF SAN JUAN
PO BOX 70179
SAN JUAN, PR 00936-8179

RAMSES R. MARRERO ECHEVAR
BOSQUE DEL RIO 410, APT. 124
RD. 876
TRUJILLO ALTO, PR 00976

MCS
PO BOX 193310
SAN JUAN, PR 00919-3310

NAVARRO STRATEGIC CONSULTANT, INC.
COND. CAPRIVILAS, APT. 410
570 CALLE VERONA
SAN JUAN, PR 00924

RC. PROFESSIONALS & CONSTRS
PO BOX 427
COAMO, PR 00769

METRO PUERTO RICO, LLC
PO BOX 1187
GUAYNABO, PR 00970-1187

NORMAN AYBAR
URB. VALLE ESCONDIDO
BUZON 35
GUAYNABO, PR 00971

RENVU
1350-C PEAR AVE.
MOUNTAIN VIEW, CA 94043-1303

RICHARD SCHELL, ESQ.
171 CHARDON AVE., SUITE 301
SAN JUAN, PR 00918

SIXTA VAZQUEZ
CANDELERO ARRIBA WARD
 RD 3 KM 87.9
HUMACAO, PR 00791

TOSHIBA
PO BOX 70243
SAN JUAN, PR 00936


RICOH
PO BOX 71459
SAN JUAN, PR 00936-8559

SOL NEXT ENERGY
219 ALMENDRO ST.
URB. HACIENDA BORINQUEN
CAGUAS, PR 00725

UNITED SURETY & INDEMNITY C
PO BOX 2111
SAN JUAN, PR 00922-2111


ROBERTO QUINONES
RD. 482, KM. 0.6
COCOS WARD
QUEBRADILLAS, PR 00678

STATE INSURANCE FUND
PO BOX 270435
SAN JUAN, PR 00927

UNO RADIO GROUP
PO BOX 363222
SAN JUAN, PR 00936-3222


ROGER ELECTRIC
PO BOX 3166
BAYAMON, PR 00960-3166

SUNJUICE SOLAR, LLC
HCI BOX 4297
UTUADO, PR 00641-9354

VALERIE ALDAMUY COLON
2011 VIA PLAYERO
CAMINO DEL MAR
TOA BAJA, PR 00949


RPFX LOGISTICS, LLC
211 O'NEILL ST.
HATO REY
SAN JUAN, PR 00918

SUNNOVA ENERGY CORPORATION
20 GREENWAY PLAZA #475
HOUSTON, TX 77046

VIRGILIO MACHADO AVILES, ES
601 DISTRITO DE CONVENCIONE
BLVD BALDORIOTY DE CASTRO
SAN JUAN, PR 00907


SAMUEL AMILL
URB. ARENA
CALLE HERNANDEZ CARRION
MANATI, PR 00674

SUNPOWER ENERGY
PO BOX 4003 PMB 122
MOCA, PR 00676

VMO
PO BOX 4131
AGUADILLA, PR 00605


SECURITY GATE & DOOR
407 RIVADAVILA ST.
URB. VALENCIA
SAN JUAN, PR 00923-1817

SUNRUN
1515 ARAPAHOE ST.
TOWER 2, SUITE 600
DENVER, CO 80202

WARREN DEL CARIBE
RD # 1, KM. 33.3
BAIROA WARD
CAGUAS, PR


SERGIO MEDINA
URB. SAVANNAH REAL
L-2 PASEO BARCELONA
SAN LORENZO, PR 00754

TABUCHI ELECTRIC
5225 HELLYER AVE.
SUITE 150
SAN JOSE, CA 95138

WHOLESALE ELECTRIC DEL CAR
BARCELONETA, PR 00617-2057


SHALIMAR MONTANEZ
URB. ALTURAS DE TERRA LINDA
K-14 JAZMIN ST.
YABUCOA, PR

TESLA
3500 DEER CREEK RD.
PALO ALTO, CA 94304

WILLIAM QUINTANA
HACIENDA LA SABANA
29 ARECIFE ST.
GURABO, PR 00778

WORLDNET TELECOMMUNICATIONS, INC.
CENTRO INTERNACIONAL DE MERCADEO #90
RD. 165, SUITE 201
GUAYNABO, PR 00968-8059


XIOMARA HERNANDEZ
70 PAVIA FERNANDEZ ST.
SAN SEBASTIAN, PR 00685


YAMIL CASTILLO 14373
DORADO BEACH EAST, VILLA 444
DORADO, PR 00646


YASHIRA A. MONTALVO MOORE
MANSIONES DE MONTECASINO 2
F-11 # 600 REINITA STREET
TOA ALTA, PR 00953

# United States Bankruptcy Court
## District of Puerto Rico

In re   NEW ENERGY CONSULTANTS & CONTRACTORS, LLC                        Case No.

Debtor(s)                        Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   NEW ENERGY CONSULTANTS & CONTRACTORS, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MSI ENERGY, LLC
RD. 463, KM. 1.5 INT.
CAIMITAL ALTO WARD
AGUADILLA**

☐ None [*Check if applicable*]

**October 10, 2019**                        **/s/ Jose F. Cardona Jimenez USDC-PR**

Date                                         **Jose F. Cardona Jimenez USDC-PR 124504**

Signature of Attorney or Litigant
Counsel for   **NEW ENERGY CONSULTANTS & CONTRACTORS, LLC**

**Cardona Jimenez Law Offices, PSC
PO Box 9023593
San Juan, PR 00902-3593
787-724-1303 Fax:787-724-1369
jf@cardonalaw.com**