# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 19-05891 (ESL) |
| NEW ENERGY CONSULTANTS & CONTRACTORS, LLC | Chapter 11 |
| Debtor. | |

## MOTION TO INFORM

TO THE HONORABLE ENRIQUE S. LAMOUTTE
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** secured creditor Parliament High Yield Fund, LLC ("Parliament"), through its respective undersigned counsel, and respectfully submits this Motion to Inform in connection with New Energy Consultants & Contractors, LLC's (the "Debtor") *Motion to Convert to Chapter 7* (the "Motion to Convert") in Docket Entry 125.

1. As advanced in the *Motion to Inform* filed in Docket Entry 135, certain parties, including Parliament and the Debtor (together, the "Parties") have executed a *Term Sheet* which delineates the terms and conditions of a forthcoming settlement agreement for the repayment of Parliament's Claim, as such term is defined therein. See, Docket No. 135.

2. Further, as of today, the Parties have exchanged a proposed settlement agreement consistent with the terms of the executed *Term Sheet*, which Parliament expects the Parties to execute within the next week. Based on such developments, Parliament hereby informs its consent to the entry of an order granting the Motion to Convert.

**WHEREFORE**, Parliament respectfully requests that the Court takes notice of the foregoing.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, this 7th day of August 2020.

1

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the participants in this case, including the United States Trustee.

M | P | M **MARINI PIETRANTONI MUNIZ, LLC.**
*Attorneys for Parliament High Yield Fund, LLC*
250 Ponce de León Ave.
Suite 900
San Juan, P.R. 00918
Tel. (787) 705-2171

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
E-mail: lmarini@mpmlawpr.com

*s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
E-mail: cvelaz@mpmlawpr.com

*/s/ Ignacio J. Labarca-Morales*
Ignacio J. Labarca-Morales
USDC No. 303307
E-mail: ilabarca@mpmlawpr.com

2