IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**NEW ENERGY CONSULTANTS & CONTRACTORS LLC**<br><br>**DEBTOR(S)** | CASE No. 19-05891 (ESL)<br><br>CHAPTER 7<br>ASSET CASE |

## MINUTES OF PUBLIC SALE

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 trustee of the above captioned cases, who respectfully states as follows:

Pursuant to the *Notice of Intent to Sell Property at Public Sale*, filed with the Honorable Court and noticed to all parties in interest on October 7, 2020, the undersigned trustee held the scheduled bidding of estate property described as follows:

Lot 1-  INVENTORY and EQUIPMENT
Lot 2-  FORD F150 yr 2010

The public Sale was conducted as follows:

1. **Date:** 10/22/2020

2. **Time offering started**: 1:00 PM

3. **Time offering ended**:  1:30 PM

4. **Proceedings record**:  ( ) Yes     ( X ) No

5. **Debtor(s) or his (her) representative present**:     ( ) Yes     ( X ) No

6. **Creditor(s) or his (her) representative present**:   ( ) Yes     ( X ) No

7. **Bidder(s) present**:    Mr. Christian Francis, David Gonzalez, David Portalatin, Rafael Vergara, Jumil Caban, Luis Sotomey, Ovidio Ortiz, Jose Sanchez.

8. **Place**: Rd 190, Km 1.5, Lot 5, Sabana Abajo Industrial Park, Carolina, Puerto Rico.

Minute of public sale     2     New Energy Consultant & Contractors LLC
Case no. 19-05891 ESL

9. **Objection Received**: No objection to this Public Sale was received.

10. **Summary of Bidding Process**: The bid started receiving offers per each individual units.

    Lot 1- Bids started at $25,000 and continued up to $105,000.00. Mr. Jumil Caban from Dr Tech presented the best offer for the total amount of $105,000.00. The amount was accepted and full payment of proceeds received.

    Lot 2- Bids started at $2,500.00 and continued up to $8,000.00. Mr. Christian Francis presented the best offer for the total amount of $8,000.00. The amount was accepted and full payment of proceeds received

11. **Conditions to the Highest Bidder and Additional Matters**:

    A report of sale including notice to all parties in interest is to be prepared by the undersigned trustee. Mr. Caban was instructed to complete the removal of the inventory and equipment as prescribed in the notice of sale since administrative expenses and preservation cost incurred after that date will be at his cost.

    **I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 26th of October of 2020

*/S/Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
Centro Internacional de Mercadeo
100 Carr. 165, Suite 501
Guaynabo, PR 00968-8052
Tel. (787) 707-0404
Fax. (787) 707-0412
trustee@lugomender.com