IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**NEW ENERGY CONSULTANTS & CONTRACTORS LLC**<br>**DEBTOR(S)** | CASE No. 19-05891 (ESL)<br><br>CHAPTER 7<br>ASSET CASE |

**TRUSTEE'S REPORT ON SALE OF ESTATE PROPERTY (LOT 1)
AND FOR ENTRY OF ORDER ON PAYMENT TO SECURED CREDITOR**

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states as follows:

1. On October 7, 2020, the undersigned trustee filed a <u>NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE</u>. On even date, this notice was served to all parties in interest and as of this date no written objection was received.

2. The estate property sold under **LOT 1** is fully described in the <u>NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE</u> as Inventory and Equipment detailed as **Exhibit 1** to this notice.

3. Mr. Jumil Caban from Dr Tech, presented the best offer for the inventory and equipment this pursuant the terms of the Notice of Sale filed with the Court. The amount received for all items comprises in **LOT 1** was $105,000.00. These funds have been deposited in the estate account

4. Furthermore, the Notice of Sale filed in detailed this as a "carve-out" sale consented by the senior secured creditor, Parliament High Yield Fund, LLC. As agreed for purposes of conducting this sale, Parliament High Yield Fund, LLC is to receive ninety (90%) from the proceeds of the sale ($105,000 x 90% = **$94,500**) and the bankruptcy estate will receive the

remainder ten percent (10%) ($105,000 x 10% = **$10,500**) of the gross proceeds.

5. Upon notice is hereby served and entry of Order approving this report, the Chapter 7 Trustee is to remit a payment to Parliament High Yield Fund, LLC in the amount of $94,500.00 in full payment of the secured claim pending against the inventory and equipment sold by the trustee and detailed in **Exhibit 1** to the notice of sale.

6. This Report on Sale is filed for the principal purpose of informing this Honorable Court and parties of the completed sale of the Inventory and Equipment as detailed on the notice of sale and to seek Court authorization for the disbursement to Parliament High Yield Fund, LLC., of the secured claim pending against those assets sold by the Trustee.

## NOTICE AND OPPORTUNITY FOR A HEARING

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise

    WHEREFORE, the undersigned trustee prays this Honorable Court to take notice of the matters detailed herein and upon notice hereby served, to enter Order granting this report as well as the dividend proposed to secured creditor Parliament High Yield Fund, LLC as further detailed in this report.

    RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 26th of October of 2020.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**I HEREBY CERTIFY**: That on this same day, copy of this document with its attachments has been sent by regular mail to all Parties as detailed in the attached master address list

*S/Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
**CHAPTER 7 TRUSTEE**
Centro Internacional de Mercadeo
Carr. 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax. (787) 707-0412
trustee@lugomender.com

```
Label Matrix for local noticing        ALC Warehouses, LLC                    DAMA DE PUERTO RICO, LLC
0104-3                                  546 Alderaban St. Altamira            PO BOX 7970
Case 19-05891-ESL7                      San Juan, PR 00920-4252               PONCE, PR 00732-7970
District of Puerto Rico
Old San Juan
Wed Oct  7 17:19:24 AST 2020

HISPANIC FEDERATION                     LEASE OPTION COMPANY INC              MUNICIPIO DE SAN JUAN
1110 VERMONT AVE                        PO BOX 40851                          CARLA FERRARI LUGO LAW OFFICE
NW SUITE 930                            SAN JUAN, PR 00940-0851               PO BOX 988
WASHINGTON, DC 20005-3544                                                     AGUADILLA, PR 00605-0988


NEW ENERGY CONSULTANTS & CONTRACTORS LLC   ORIENTAL BANK CCU                  PARLIAMENT HIGH YIELD FUNDS LLC
RD 190 KM 1.5 LOT 5                     CCU BANKRUPTCY DEPARTMENT             MARINI PIETRANTONI MUNIZ LLC
SABANA ABAJO INDUSTRIAL PARK            PO BOX 364745                         250 PONCE DE LEON AVE.
CAROLINA, PR 00983                      SAN JUAN, PR 00936-4745               SUITE 900
                                                                              SAN JUAN, PR 00918-2031


POPULAR AUTO                            PUERTO RICO LAND ADMINISTRATION       (p)SUNNOVA ENERGY CORPORATION
PO BOX 366818                           PO BOX 363767                         ATTN ATTN LEGAL DEPARTMENT
SAN JUAN, PR 00936-6818                 SAN JUAN, PR 00936-3767               20 EAST GREENWAY PLAZA
                                                                              #475
                                                                              HOUSTON TX 77046-2015


THE SOLAR FOUNDATION                    UNITED SURETY & INDEMNITY COMPANY     US TRUSTEE
1110 VERMONT AVE                        PO BOX 2111                           US TRUSTEE
NW SUITE 930                            SAN JUAN, PR 00922-2111               EDIFICIO OCHOA
WASHINGTON, DC 20005-4579                                                     500 TANCA STREET SUITE 301
                                                                              SAN JUAN, PR 00901-1922


WDC Puerto Rico, Inc.                   US Bankruptcy Court District of P.R.  ABC ELECTRONIC  SECURITY SYSTEMS
P.O. Box 309                            Jose V Toledo Fed Bldg & US Courthouse 260,DE DIEGO AVE.
Caguas, PR 00726-0309                   300 Recinto Sur Street, Room 109      PUERTO NUEVO
                                        San Juan, PR 00901-1964               San Juan, PR 00920-2213


ABL ARCHITECTURAL PRODUCTS CORP.        ADMINISTRACION DE TERRENOS            ADNET
4327 SOUTH HIGHWAY 27                   PO BOX 363767                         PO BOX 250132
SUITE 167                               San Juan, PR 00936-3767               AGUADILLA, PR 00604-0132
Clermont, FL 34711-5349


AEE SOLAR                               AEE Solar, Inc.                       AFLAC
775 FIERO LANE                          c/o Sunrun Inc.                       1932 WYNNTON RD.
SUITE 200                               Jessica Bastida, Contracts Manager    Columbus, GA 31999-0002
San Luis Obispo, CA 93401-7904          225 Bush Street, Suite 1400
                                        San Francisco, CA 94104-4249


AGT DISTRIBUTORS                        ALARM DEPOT                           ALC INDUSTRIAL DEVELOPMENT
435 ANDALUCIA AVE.                      PO BOX 270304                         URB. ALTAMIRA
PUERTO NUEVO                            San Juan, PR 00928-3104               546 ALDEBARAN ST.
San Juan, PR 00920-4115                                                       San Juan, PR 00920-4252


ALEJANDRO URIARTE OTHEGUY               ALFREDO URIARTE                       ALLIED BUILDING PRODUCTS
PO BOX 6696                             VERDELUZ ST.                          600 SECAUCUS RD.
San Juan, PR 00914-6696                 Gurabo, PR 00778                      SUITE 2
                                                                              Secaucus, NJ 07094-2528
```

| | | |
|---|---|---|
| ALLIED CAR & TRUCK RENTAL<br>PO BOX 38902<br>San Juan, PR 00928 | ALMA Y. DURAN NIEVES, ESQ.<br>COND. ALTAGRACIA, 5-C<br>262 URUGUAY ST.<br>San Juan, PR 00917-2001 | ALTE STORE<br>330 CODMAN HILL RD.<br>Boxborough, MA 01719-1708 |
| ALTERNATIVE ENERGY STORE, INC.<br>JAIME APONTE PARSI LAW OFFICE<br>PO BOX 270435<br>San Juan, PR 00928-2435 | AMENIC PRODUCTIONS<br>GJ-22 STREET 201<br>COUNTRY CLUB<br>Carolina, PR 00982-2000 | ANALYTICS & ENERGY CONSULTANTS<br>283 MUNOZ RIVERA ST.<br>Bayamon, PR 00959-5160 |
| ART ROOFING & LWC CONTRACTORS, CORP.<br>PO BOX 8005321<br>COTO LAUREL, PR 00780 | AT & T<br>PO BOX 6463<br>Carol Stream, IL 60197-6463 | ATLANTIC CAPITAL INSURANCE<br>PO BOX 3450<br>Mayaguez, PR 00681-3450 |
| BAEZ CHAO LAW OFFICES<br>PMB 106<br>100 PASEO BLVD., SUITE 112<br>San Juan, PR 00926-5955 | BANCO POPULAR DE PUERTO<br>PO BOX 362708<br>San Juan, PR 00936-2708 | BATISTA OFFICE SUPPLY<br>URB. SIERRA BAYAMON<br>70-1 STREET 60<br>Bayamon, PR 00961 |
| BENJAMIN GONZALEZ GONZALEZ<br>H-1 GOLONDRINA ST.<br>URB. MONTE CASINO I<br>Toa Alta, PR 00953 | Beacon Sales Acquisition, Inc.<br>18500 Von Karman Ave.<br>Suite 530<br>Irvine, CA 92612-0537 | CARIBBEAN ENERGY<br>PR-3 WITH ROBERTO CLEMENTE AVE<br>Carolina, PR 00985 |
| CARIBBEAN LUMBER & HARDWARE<br>PO BOX 190858<br>San Juan, PR 00919-0858 | CARIBE ENERGY DISTRIBUTORS<br>PR 3 WITH ROBERTO CLEMENTE AVE.<br>Carolina, PR 00985 | CARIBE RECYCLING CORP.<br>HC-01 BOX 29030<br>PMB 20<br>Caguas, PR 00725-8900 |
| CARRIER CREDIT SERVICES INC<br>5350 W HILLSBORO BLVD<br>SUITE 107<br>COCONUT CREEK FL 33073 | CED GREENTECH MIAMI<br>3139 N ANDREWS AVE EXT.<br>Pompano Beach, FL 33064-2139 | CJ QUI ONEZ ENGINEERING, PSC<br>URB. LA SERRANIA<br>223 LIRIOS ST.<br>Caguas, PR 00725 |
| CLARISSA INES BIAGGI<br>PMB # 99<br>400 CALAF ST.<br>San Juan, PR 00918-1313 | CONDADO 6, LLC<br>PO BOX 190085<br>SAN JUAN, PR 00919-0085 | CONDADO BROADCASTING LLC<br>1315 ASHFORD AVE.<br>AQUAMARINA SUITE 601<br>San Juan, PR 00907 |
| COPYJET, INC.<br>PO BOX 363912<br>San Juan, PR 00936-3912 | CRIM<br>PO BOX 195387<br>San Juan, PR 00919-5387 | DAMA DE PUERTO RICO, LLC<br>C/O MARJALIISA COLON- VILLANUEVA ESQ.<br>PO BOX 7970<br>PONCE, PR 00732-7970 |
| DAVID DUNTLEY<br>URB. VERSALLES<br>Q2  15TH  STREET<br>Bayamon, PR 00956 | DAVID MORALES<br>PO BOX 7078<br>CAGUAS PR 00726-7078 | DEPARTMENT OF LABOR & HUMAN RESOURCES<br>PO BOX 191020<br>San Juan, PR 00919-1020 |

```
DEPARTMENT OF TREASURY            DEPARTMENT OF TREASURY            DIANA BEREZDIVIN
BANKRUPTCY SECTION 424 B          PO BOX 9024140                    PO BOX 11910
PO BOX 9024140                    San Juan, PR 00902-4140            SAN JUAN PR 00922-1910
SAN JUAN, PR 00902-4140


DIRECT RELIEF PUERTO RICO         DIRECT RELIEF PUERTO RICO         Diego H. Collazo
542 ESCORIAL AVE.                 6400 WALLACE BECKNELL RD.         181 La Serrania
CAPRRA HEIGHTS                    SANTA BARBARA, CA 93117           Caguas, PR 00725-1806
San Juan, PR 00920-4705


EC WASTE                          ECO MECHANICAL, INC.              EDDIE WILLIAM ALICEA RODRIGUEZ
PO BOX 918                        PO BOX 70250                      C/O MARIA L CINTRON OTERO
PUNTA SANTIAGO                    San Juan, PR 00936-8250            HC 75 BOX 1456
Punta Santiago, PR 00741-0918                                        CARR 814 KM 3.5
                                                                     NARANJITO PR 00719-9786


EDWIN BLANCO                      EDWIN REYES MACHADO               EDWIN SERRANO LUNA
HC-02 BOX 11425                   124 RD. 684                       1233 SANTA MARIA ST.
Lajas, PR 00667-9225              Barceloneta, PR 00617             JUANA MATOS WARD
                                                                     Catano, PR 00962-4217


EJOST FASTENING SYSTEMS, LP       EKO                               ERIC A. CRESCIONI
9900 58TH PLACE                   114 URUGUAY ST.                   P.O. Box 9023472
SUITE 300                         San Juan, PR 00917-1231           P.O. Box 9023472
Kenosha, WI 53144-7862                                               San Juan, PR 00902-3472


ESTRELLA, LLC ATTORNEYS AND COUNSELORS  EXPO GALLERY                Easeway de Puerto Rico Corp
PO BOX 9023596                    PMB 514                           PO Box 11311
San Juan, PR 00902-3596           1353 RD. 19                       Caparra Heights Station
                                  Guaynabo, PR 00966-2715           San Juan PR 00922-1311


Easeway de Puerto Rico, Corp.     Eugene F. Hestres Rodriguez       FEDERACION DE ASOC PECUARIAS DE PR INC
P.O. Box 11311 Caparra Heights Station  P.O. Box 9023472            PO BOX 2635
San Juan, Puerto Rico 00922-1311  San Juan, PR 00902-3472           MAYAGUEZ PR 00681-2635


FIDENCIO ALDAMUY COLON            FIDENCIO ALDAMUY COLON            FIDENCIO V. ALDAMUY COLON
AJ 23 RIO INGENIO STREET          RD. 190, KM.1.5, LOT 5            AJ 23 RIO INGENIO ST.
RIO HONDO                         SABANA ABAJO INDUSTRIAL PARK      RIO HONDO II
Toa Baja, PR 00949                Carolina, PR 00983                Bayamon, PR 00961-3235


GFR MEDIA                         GIOVANNI CORDERO BONINI           GIOVANNI J. CORDERO BONINI
PO BOX 9227512                    RD. 190, KM. 1.5, LOT 5           PRADERA NAVARRO
SAN JUAN, PR 00922-7512           SABANA ABAJO INDUSTRIAL PARK      44 ANDALUCIA ST.
                                  Carolina, PR 00983                Gurabo, PR 00778-9007


GLENN INTERNATIONAL, INC.         GRAYBAR                           HI-TECH PRODUCTS, INC.
PO BOX 3500                       BEST THREE BLDG., LOT A           PO BOX 3739
Carolina, PR 00984-3500           18 JOSE TONY SANTANA, SUITE C-15  Carolina, PR 00984-3739
                                  Carolina, PR 00979-1547
```

| | | |
|---|---|---|
| HILTI CARIBE LLC<br>PO BOX 194949<br>San Juan, PR 00919-4949 | HOME DEPOT<br>PO BOX 78047<br>Phoenix, AZ 85062-8047 | HUDSON RENEWABLE LLC<br>2705 MAIN STREET<br>LAWRENCE, VI 00864-8000 |
| HUGO SIMIBLE<br>1050 MARIANA ST.<br>San Juan, PR 00907 | I.C.C. MULTI SERVICE<br>AK-32 RIO ESPIRITU SANTO ST.<br>RIO HONDO<br>Bayamon, PR 00961-3227 | IFCO RECYCLING<br>PO BOX 191744<br>SAN JUAN, PR 00919-1744 |
| IGLESIAS VAZQUEZ & ASSOCIATES<br>PO BOX 9024070<br>San Juan, PR 00902-4070 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | ISLA COOP<br>PO BOX 3388<br>Carolina, PR 00984-3388 |
| JAC CONSULTORES, INC.<br>ALTOS DE ESCORIAL 930<br>Carolina, PR 00984 | JAVIER DENIZ QUINONEZ<br>PO BOX 1623<br>San Sebastian, PR 00685-1623 | JAZMIN DIAZ<br>EXT. ESTANCIAS DEL SOL<br>1-A, 7TH ST.<br>Rio Grande, PR 00745 |
| JEFFREY MARON<br>26 VISTA BAHIA<br>Cabo Rojo, PR 00623 | JENNIFER ALLORA<br>8 URB. PUNTA DEL VIENTO<br>Culebra, PR 00775 | JESUS VILLEGAS<br>NN-14 32 STREET<br>ALTURAS DE FLAMBOYAN<br>BAYAMON, PR 00959-8077 |
| JOEL RIVERA<br>URB. PASEO REAL<br>E-6 ZAFIRO ST.<br>Dorado, PR 00646 | JOHN FITZPATRICK<br>ROCKERFELLER NATURE TRAIL<br>Dorado, PR 00646 | JONATHAN PEREZ<br>URB. MANSIONES DE CULEBRINES<br>RD. 109, KM. 25.4 INTERIOR<br>San Sebastian, PR 00685 |
| JOSE A COLORADO<br>PO BOX 123<br>CATANO OPR 00963-0123 | JOSE CAMACHO<br>CALLE D #B-5<br>ALTO APOLO ESTATES<br>GUAYNABO PR 00969-4907 | JOSE G. BARREIRO<br>PMB 352<br>PO BOX 194000<br>San Juan, PR 00919-4000 |
| JOSE LUIS SANTOS<br>URB. PASEO REAL<br>F-13 ESMERALDA ST.<br>Dorado, PR 00646 | JOSE PADILLA<br>CIUDAD JARDIN<br>184 LOS ALTOS ST.<br>Gurabo, PR 00778 | JOSE UMPIERRE<br>OECAN PARK<br>11 GERTRUDIS ST.<br>San Juan, PR 00911-1303 |
| JUAN MENDEZ SOLIS, ESQ.<br>CITIBANK TOWER, SUITE 1402<br>252 PONCE DE LEON AVE.<br>San Juan, PR 00918-2001 | JUAN SEGARRA<br>CAMINOS DEL MAR<br>C-2 VIA CARACOLES ST.<br>Toa Baja, PR 00949 | JUDITH RAMOS MORALES<br>URB. VILLA COOP<br>G-20, 9TH STREET<br>Carolina, PR 00984 |
| JULIO LEDESMA<br>AVE. CHALETS DEL PARQUE<br>APT. 4D<br>Guaynabo, PR 00969 | JULIO NORIEGA<br>HACIENDA SAN JOSE<br>39 LA ESTANCIA ST.<br>Caguas, PR 00725 | JULIO RIVERA<br>URB. MIRADOR DE BAIROA<br>2-S, 26TH STREET<br>Caguas, PR 00725 |

| | | |
|---|---|---|
| Jaime Aponte-Parsi<br>The Hato Rey Center, Suite 1022<br>268 Ponce de Leon Avenue<br>San Juan, PR 00918-2002 | Jeffrey Maron Jessica Maron<br>40 loop Road<br>Bedford, NY 10506-1328 | KAREN K. MORALES PEREZ, ESQ.<br>SUITE 205 B<br>623 PONCE DE LEON AVE.<br>San Juan, PR 00917-4822 |
| KAREN K. MORALES PEREZ, ESQ.<br>SUITE 205 B, BANCO COOPERATIVO PLAZA<br>623 PONCE DE LEON AVE.<br>San Juan, PR 00917-4820 | KENNETH TAMAYO<br>404 CONSTITUCION AVE.<br>APT. 1606<br>San Juan, PR 00901-2263 | KERKADO ESTRADA & CO. PSC<br>1055 MARGINAL AVE. KENNEDY<br>SUITE 206<br>San Juan, PR 00920-1720 |
| LEASEWAY OF PR<br>PO BOX 11311<br>CAPRRA HEIGHTS STA.<br>San Juan, PR 00922-1311 | LIGHT GAS<br>PO BOX 1155<br>Salinas, PR 00751-1155 | LIVE & LIFE IN PALMAS<br>170 PALMA DR.<br>APT. 36<br>Humacao, PR 00791-6043 |
| LPG CPA, P.S.C.<br>PMB 516 1353 Ave. Luis Vigoreaux<br>Guaynabo, PR 00966-2715 | LPG CPA, PSC<br>PMB 516<br>133 LUIS VIGOREAUX AVE.<br>Guaynabo, PR 00966 | LUIS ACOSTA BENITEZ<br>PMB 99<br>400 CALAF ST.<br>San Juan, PR 00918-1313 |
| LUIS C. MUNIZ CARO<br>142 CALLE 2, C-15<br>URB. NUEVO SAN ANTONIO<br>AGUADILLA, PR | LUIS LOMBA<br>5 FLAMBOYAN GREEN R/10<br>PALMAS DEL MAR<br>HUMACAO, PR 00791-6035 | LUIS VELEZ<br>BLOCK G, LOT 10 MORNING DEW ST.<br>SUNRISE, PALMAS DEL MAR<br>Humacao, PR 00791 |
| LUIS X VELEZ PACHECO<br>PO BOX 10259<br>HUMACAO PR 00792-1259 | LUZ VIERA PEREZ<br>HC-3 BOX 9579<br>Lares, PR 00669-9569 | MAPFRE LIFE INSURANCE COMPABY<br>297 CARLOS CHARDON<br>SAN JUAN, PR 00918 |
| MARIBEL RAMIREZ TOLEDO<br>RD. 463, KM 1.2 INT.<br>CAIMITAL ALTO WARD<br>Aguadilla, PR 00603 | MARICHAL HERNANDEZ SANTIAGO & JUARBE<br>PO BOX 190095<br>San Juan, PR 00919-0095 | MARLYN JIMENEZ RIVERA<br>304 PAR HEVIA<br>CIDRA PR 00739-2447 |
| MAXIMO SOLAR INDUSTRIES<br>PO BOX 3062<br>Aguadilla, PR 00605-3062 | MAXIMO SOLAR INDUSTRIES FLORIDA<br>1003 SATELLITE BLVD.<br>SUITE 2018<br>Orlando, FL 32837 | MAXIMO TORRES NAZARIO<br>RD. 463, KM. 1.2 INT<br>CAIMITAL ALTO WARD<br>Aguadilla, PR 00603 |
| MCKENZIE & ASSOCIATES, LLC<br>POPULAR CENTER BLDG, SUITE 1008<br>208 PONCE DE LEON AVE.<br>San Juan, PR 00918-1000 | MCS<br>PO BOX 193310<br>San Juan, PR 00919-3310 | METRO PUERTO RICO, LLC<br>PO BOX 1187<br>Guaynabo, PR 00970-1187 |
| MICHY LLOVERAS<br>JAGUAS ST.<br>Ciales, PR 00638 | MIGUEL TORRES VEGA<br>URB. LOS FAROLES<br>199 PASEO DE LA PRINCESA<br>Bayamon, PR 00956 | MOISES GARIB<br>1586 ROBALO ST.<br>Carolina, PR 00983-1458 |

| | | |
|---|---|---|
| MOISES GARIB<br>1586 ROBALO ST.<br>URB. BAHIA VISTAMAR<br>Carolina, PR 00983-1458 | MULTI-CLEAN<br>PO BOX 1396<br>Saint Just, PR 00978-1396 | MUNICIPALITY OF SAN JUAN<br>PO BOX 70179<br>San Juan, PR 00936-8179 |
| NAVARRO STRATEGIC CONSULTANT, INC.<br>COND. CAPRIVILAS, APT. 410<br>570 CALLE VERONA<br>San Juan, PR 00924-4004 | NORMAN AYBAR<br>URB. VALLE ESCONDIDO<br>BUZON 35<br>Guaynabo, PR 00971-8002 | New Energy consultants & Contractors LLC<br>40 loop road<br>Bedford, NY 10506-1328 |
| O'NEILL & BORGES<br>250 MUNOZ RIVERA AVE., SUITE 800<br>ATTN. ALFREDO ALVAREZ<br>San Juan, PR 00918-1813 | OHMS ELECTRICAL & REFRIGERATION<br>111 CALLE CECILIO URBINA<br>3208 PORTAL DE SOFIA<br>Guaynabo, PR 00969 | ORIENTAL BANK<br>BANKRUPTCY DEPT<br>PO BOX 364745<br>SAN JUAN,PR 00936-4745 |
| OSNET WIRELESS<br>PO BOX 819<br>Humacao, PR 00792-0819 | P.A. BARCELO, LLC<br>PO BOX 9021880<br>San Juan, PR 00902-1880 | PADRE JOSE RACHE<br>PARROQUIA SAN ANTONIO DE PADUA<br>7 ASHFORD ST.<br>Guayama, PR 00784-4950 |
| PARLIAMENT HIGH YIELD FUND, LLC<br>221 PONCE DE LEON AVE. SUITE 801<br>San Juan, PR 00917-1804 | PARROQUIA SAN ANTONIO DE PADUA<br>CALLE ASHFORD 7 SUR<br>GUAYAMA PR 00784 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 |
| Parliament High Yield Fund, LLC<br>PO Box 190521<br>San Juan, PR 00919-0521 | RAMSES R. MARRERO ECHEVARRIA<br>BOSQUE DEL RIO 410, APT. 124<br>RD. 876<br>Trujillo Alto, PR 00976 | RC PROFESSIONALS & CONSTRUCTION SERVICES<br>PO BOX 427<br>Coamo, PR 00769-0427 |
| RELIABLE TRADING, INC.<br>P.O. Box 9023472<br>San Juan, PR 00902-3472 | RENVU<br>1350-C PEAR AVE.<br>Mountain View, CA 94043-1303 | RICHARD SCHELL, ESQ.<br>171 CHARDON AVE., SUITE 301<br>San Juan, PR 00918-1724 |
| RICOH<br>PO BOX 71459<br>San Juan, PR 00936-8559 | ROBERTO R. QUINONES VALLE<br>42777 CARR 482<br>QUEBRADILLAS, PR 00678-9499 | ROGER ELECTRIC<br>PO BOX 3166<br>Bayamon, PR 00960-3166 |
| RPFX LOGISTICS, LLC<br>211 O'NEILL ST.<br>HATO REY<br>San Juan, PR 00918-2315 | Raymond R. Rivero<br>URB ESTANCIAS DEL RIO<br>47 CALLE YAGUEZ<br>AGUAS BUENAS, PR 00703-9628 | Reinaldo Novoa Gonzalez<br>240 La Represa<br>Arecibo, PR 00612-6913 |
| SAMUEL A AMILL<br>200 HERNANDEZ CARRION, SUITE 4204<br>MANATI, PR 00674-4688 | SAMUEL AMILL<br>URB. ARENA<br>CALLE HERNANDEZ CARRION<br>Manati, PR 00674 | SECURITY GATE & DOOR<br>407 RIVADAVILA ST.<br>URB. VALENCIA<br>San Juan, PR 00923-1817 |

| | | |
|---|---|---|
| SERGIO MEDINA<br>URB. SAVANNAH REAL<br>L-2 PASEO BARCELONA<br>San Lorenzo, PR 00754 | SHALIMAR MONTANEZ<br>URB. ALTURAS DE TERRA LINDA<br>K-14 JAZMIN ST.<br>YABUCOA, PR 00767 | SIXTA VAZQUEZ<br>CANDELERO ARRIBA WARD<br>RD 3 KM 87.9<br>Humacao, PR 00791 |
| SOL NEXT ENERGY<br>219 ALMENDRO ST.<br>URB. HACIENDA BORINQUEN<br>Caguas, PR 00725-7523 | STATE INSURANCE FUND<br>PO BOX 270435<br>San Juan, PR 00928-2435 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| SUNJUICE SOLAR, LLC<br>HCI BOX 4297<br>Utuado, PR 00641-9354 | SUNPOWER ENERGY<br>PO BOX 4003 PMB 122<br>Moca, PR 00676-8009 | SUNRUN<br>1515 ARAPAHOE ST.<br>TOWER 2, SUITE 600<br>Denver, CO 80202-3105 |
| Scott Blakeley<br>18500 Von Karman Ave<br>Suite 530<br>Irvine, CA 92612-0537 | Sunrun Inc.<br>Attn: Jessica Bastida, Contracts Manager<br>225 Bush Street, Suite 1400<br>San Francisco, CA 94104-4249 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| TABUCHI ELECTRIC<br>5225 HELLYER AVE.<br>SUITE 150<br>San Jose, CA 95138-1088 | TESLA<br>3500 DEER CREEK RD.<br>Palo Alto, CA 94304-1317 | TOSHIBA<br>PO BOX 70243<br>San Juan, PR 00936-8243 |
| Tabuchi Electric Company of America, Ltd.<br>1-15-27 Tukamoto, Yodogawa-ku<br>Osaka, Japan 532-0026 | UNO RADIO GROUP<br>PO BOX 363222<br>San Juan, PR 00936-3222 | VALERIE ALDAMUY COLON<br>2011 VIA PLAYERO<br>CAMINO DEL MAR<br>Toa Baja, PR 00949-4357 |
| VIRGILIO MACHADO AVILES, ESQ.<br>601 DISTRITO DE CONVENCIONES<br>BLVD BALDORIOTY DE CASTRO<br>San Juan, PR 00907 | VMO<br>PO BOX 4131<br>Aguadilla, PR 00605-4131 | WARREN DEL CARIBE<br>RD # 1, KM. 33.3<br>BAIROA WARD<br>CAGUAS, PR 00725 |
| WDC PUERTO RICO, INC.<br>P.O. BOX 70217<br>SAN JUAN PR 00936-8217 | WHOLESALE ELECTRIC DEL CARIBE<br>Barceloneta, PR 00617-2057 | WILLIAM QUINTANA<br>HACIENDA LA SABANA<br>29 ARECIFE ST.<br>Gurabo, PR 00778 |
| WORLDNET TELECOMMUNICATIONS, INC.<br>CENTRO INTERNACIONAL DE MERCADEO #9<br>RD. 165, SUITE 201<br>Guaynabo, PR 00968-8059 | XIOMARA HERNANDEZ<br>70 PAVIA FERNANDEZ ST.<br>San Sebastian, PR 00685-2208 | YAMIL CASTILLO 14373<br>DORADO BEACH EAST, VILLA 444<br>Dorado, PR 00646-2226 |
| YASHIRA A. MONTALVO MOORE<br>MANSIONES DE MONTECASINO 2<br>F-11 # 600 REINITA STREET<br>Toa Alta, PR 00953 | Giovanni Jose Cordero Bonini<br>Praderas de Navarro<br>#46 Calle Andalucia<br>Gurabo, PR 00778-9007 | JENNIFER ALLORA<br>C/O JUAN A. CUYAR COBB, ESQ.<br>FERNANDEZ CUYAR ROVIRA & PLA LLC<br>PO BOX 9023905<br>SAN JUAN, PR 00902-3905 |

| | | |
|---|---|---|
| JOSE F CARDONA JIMENEZ<br>CARDONA JIMENEZ LAW OFFICE PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | Jose Gregorio Camacho<br>CALLE D # B-5<br>ALTO APOLO ESTATES<br>GUAYNABO, PR 00969-4907 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968-8052 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| SUNNOVA ENERGY CORPORATION<br>20 EAST GREENWAY PLAZA, SUITE 475<br>HOUSTON, TX 77046 | (d)SUNNOVA ENERGY CORPORATION<br>20 GREENWAY PLAZA #475<br>HOUSTON, TX 77046 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CONDADO 6, LLC | (u)Easeway de Puerto Rico Corp.<br>PO Box11311 Caparra Heights Station<br>San Juan | (d)Easeway de Puerto Rico Corp.<br>P.O. Box 11311 Caparra Heights Station<br>San Juan, PR 00922-1311 |
| (u)HOSTSEVEN<br>EDIFICIO CORPORATIVO 20-10, SUITE 402<br>98 GUSTAVO MEJIA RICART<br>SANTO DOMINGO, D.R. | (d)Hispanic Federation<br>1110 Vermont Ave<br>NW Suite 930<br>Washington, DC 20005-3544 | (d)LEASE OPTION COMPANY, INC.<br>PO BOX 40851<br>San Juan, PR 00940-0851 |
| (u)MARCEL DALL PAI | (u)MSI ENERGY, LLC<br>RD. 463, KM. 1.5 INT.<br>CAIMITAL ALTO WARD<br>AGUADILLA | (d)P.A. Barcelo LLC<br>PO Box 9021880<br>San Juan, PR 00902-1880 |
| (d)Puerto Rico Land Administration<br>PO Box 363767<br>San Juan, PR 00936-3767 | (d)The Solar Foundation<br>1110 Vermont Ave<br>NW Suite 930<br>Washington, DC 20005-4579 | (d)UNITED SURETY & INDEMNITY CO.<br>PO BOX 2111<br>San Juan, PR 00922-2111 |
| (d)LUIS X VELEZ PACHECO<br>PO BOX 10259<br>HUMACAO, PR 00792-1259 | End of Label Matrix<br>Mailable recipients    213<br>Bypassed recipients     13<br>Total                  226 | |