## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**NEW ENERGY CONSULTANTS &**<br>**CONTRACTORS LLC**<br>**DEBTOR(S)** | **CASE No. 19-05891 (ESL)**<br><br>**CHAPTER 7**<br>**ASSET CASE** |

### TRUSTEE'S REPORT ON SALE OF ESTATE PROPERTY (LOT 2)
### AND FOR ENTRY OF ORDER ON PAYMENT TO SECURED CREDITOR

COMES NOW, Wigberto Lugo Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states as follows:

1.    On October 7, 2020, the undersigned trustee filed a NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE. On even date, this notice was served to all parties in interest and as of this date no written objection was received.

2.    The estate property sold under **LOT 2** is fully described in the NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE as vehicle Ford F 150 yr 2010 detailed as **Exhibit 1** to this notice.

3.    Mr. Christian Francis presented the best offer for the vehicle this pursuant the terms of the Notices of sale file with the Court. The amount received for all items comprises in **LOT 2** was $8,000.00. These funds have been deposited in the estate account.

4.    Furthermore, the Notice of Sale filed in detailed this as a "carve-out" sale consented by the senior secured creditor, Parliament High Yield Fund, LLC.  As agreed for purposes of conducting this sale, Parliament High Yield Fund, LLC is to receive ninety (90%) from the proceeds of the sale ($8,000 x 90% = **$7,200**) and the bankruptcy estate will receive the remainder ten percent (10%) ($8,000 x 10% = **$800**) of the gross proceeds.

5.     Upon notice is hereby served and entry of Order approving this report, the Chapter 7 Trustee is to remit a payment to Parliament High Yield Fund, LLC in the amount of $7,200.00 in full payment of the secured claim pending against the vehicle sold by the trustee and detailed in **Exhibit 1** to the notice of sale.

6.     This Report on Sale is filed for the principal purpose of informing this Honorable Court and parties of the completed sale of the vehicle as detailed on the notice of sale and to seek Court authorization for the disbursement to Parliament High Yield Fund, LLC., of the secured claim pending against those assets sold by the Trustee.

## NOTICE AND OPPORTUNITY FOR A HEARING

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise

WHEREFORE, the undersigned trustee prays this Honorable Court to take notice of the matters detailed herein and upon notice hereby served, to enter Order granting this report as well as the dividend proposed to secured creditor Parliament High Yield Fund, LLC as further detailed in this report.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 26th of October of 2020.

Report on sale of estate property                3    New Energy Consultants & Contractors LLC
Case no. 19-05891 ESL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**I HEREBY CERTIFY**: That on this same day, copy of this document with its attachments has been sent by regular mail to all Parties as detailed in the attached master address list

*S/Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
**CHAPTER 7 TRUSTEE**
Centro Internacional de Mercadeo
Carr. 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax. (787) 707-0412
trustee@lugomender.com

Label Matrix for local noticing
0104-3
Case 19-05891-ESL7
District of Puerto Rico
Old San Juan
Wed Oct 7 17:19:24 AST 2020

ALC Warehouse, LLC
546 Alderaban St. Altamira
San Juan, PR 00920-4252

DAMA DE PUERTO RICO, LLC
PO BOX 7970
PONCE, PR 00732-7970

HISPANIC FEDERATION
1110 VERMONT AVE
NW SUITE 930
WASHINGTON, DC 20005-3544

LEASE OPTION COMPANY INC
PO BOX 40851
SAN JUAN, PR 00940-0851

MUNICIPIO DE SAN JUAN
CARLA FERRARI LUGO LAW OFFICE
PO BOX 988
AGUADILLA, PR 00605-0988

NEW ENERGY CONSULTANTS & CONTRACTORS LLC
RD 190 KM 1.5 LOT 5
SABANA ABAJO INDUSTRIAL PARK
CAROLINA, PR 00983

ORIENTAL BANK CCU
CCU BANKRUPTCY DEPARTMENT
PO BOX 364745
SAN JUAN, PR 00936-4745

PARLIAMENT HIGH YIELD FUNDS LLC
MARINI PIETRANTONI MUNIZ LLC
250 PONCE DE LEON AVE.
SUITE 900
SAN JUAN, PR 00918-2031

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

PUERTO RICO LAND ADMINISTRATION
PO BOX 363767
SAN JUAN, PR 00936-3767

(p)SUNNOVA ENERGY CORPORATION
ATTN ATTN LEGAL DEPARTMENT
20 EAST GREENWAY PLAZA
#475
HOUSTON TX 77046-2015

THE SOLAR FOUNDATION
1110 VERMONT AVE
NW SUITE 930
WASHINGTON, DC 20005-4579

UNITED SURETY & INDEMNITY COMPANY
PO BOX 2111
SAN JUAN, PR 00922-2111

US TRUSTEE
US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

WDC Puerto Rico, Inc.
P.O. Box 309
Caguas, PR 00726-0309

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ABC ELECTRONIC SECURITY SYSTEMS
260,DE DIEGO AVE.
PUERTO NUEVO
San Juan, PR 00920-2213

ABL ARCHITECTURAL PRODUCTS CORP.
4327 SOUTH HIGHWAY 27
SUITE 167
Clermont, FL 34711-5349

ADMINISTRACION DE TERRENOS
PO BOX 363767
San Juan, PR 00936-3767

ADNET
PO BOX 250132
AGUADILLA, PR 00604-0132

AEE SOLAR
775 FIERO LANE
SUITE 200
San Luis Obispo, CA 93401-7904

AEE Solar, Inc.
c/o Sunrun Inc.
Jessica Bastida, Contracts Manager
225 Bush Street, Suite 1400
San Francisco, CA 94104-4249

AFLAC
1932 WYNNTON RD.
Columbus, GA 31999-0002

AGT DISTRIBUTORS
435 ANDALUCIA AVE.
PUERTO NUEVO
San Juan, PR 00920-4115

ALARM DEPOT
PO BOX 270304
San Juan, PR 00928-3104

ALC INDUSTRIAL DEVELOPMENT
URB. ALTAMIRA
546 ALDEBARAN ST.
San Juan, PR 00920-4252

ALEJANDRO URIARTE OTHEGUY
PO BOX 6696
San Juan, PR 00914-6696

ALFREDO URIARTE
VERDELUZ ST.
Gurabo, PR 00778

ALLIED BUILDING PRODUCTS
600 SECAUCUS RD.
SUITE 2
Secaucus, NJ 07094-2528

ALLIED CAR & TRUCK RENTAL
PO BOX 38902
San Juan, PR 00928

ALMA H. DURAN NIEVES, ESQ.
COND. ALTAGRACIA, 5-C
262 URUGUAY ST.
San Juan, PR 00917-2001

ALTE STORE
330 CODMAN HILL RD.
Boxborough, MA 01719-1708

ALTERNATIVE ENERGY STORE, INC.
JAIME APONTE PARSI LAW OFFICE
PO BOX 270435
San Juan, PR 00928-2435

AMENIC PRODUCTIONS
GJ-22 STREET 201
COUNTRY CLUB
Carolina, PR 00982-2000

ANALYTICS & ENERGY CONSULTANTS
283 MUNOZ RIVERA ST.
Bayamon, PR 00959-5160

ART ROOFING & LWC CONTRACTORS, CORP.
PO BOX 8005321
COTO LAUREL, PR 00780

AT & T
PO BOX 6463
Carol Stream, IL 60197-6463

ATLANTIC CAPITAL INSURANCE
PO BOX 3450
Mayaguez, PR 00681-3450

BAEZ CHAO LAW OFFICES
PMB 106
100 PASEO BLVD., SUITE 112
San Juan, PR 00926-5955

BANCO POPULAR DE PUERTO
PO BOX 362708
San Juan, PR 00936-2708

BATISTA OFFICE SUPPLY
URB. SIERRA BAYAMON
70-1 STREET 60
Bayamon, PR 00961

BENJAMIN GONZALEZ GONZALEZ
H-1 GOLONDRINA ST.
URB. MONTE CASINO I
Toa Alta, PR 00953

Beacon Sales Acquisition, Inc.
18500 Von Karman Ave.
Suite 530
Irvine, CA 92612-0537

CARIBBEAN ENERGY
PR-3 WITH ROBERTO CLEMENTE AVE
Carolina, PR 00985

CARIBBEAN LUMBER & HARDWARE
PO BOX 190858
San Juan, PR 00919-0858

CARIBE ENERGY DISTRIBUTORS
PR 3 WITH ROBERTO CLEMENTE AVE.
Carolina, PR 00985

CARIBE RECYCLING CORP.
HC-01 BOX 29030
PMB 20
Caguas, PR 00725-8900

CARRIER CREDIT SERVICES INC
5350 W HILLSBORO BLVD
SUITE 107
COCONUT CREEK FL 33073

CED GREENTECH MIAMI
3139 N ANDREWS AVE EXT.
Pompano Beach, FL 33064-2139

CJ QUI ONEZ ENGINEERING, PSC
URB. LA SERRANIA
223 LIRIOS ST.
Caguas, PR 00725

CLARISSA INES BIAGGI
PMB # 99
400 CALAF ST.
San Juan, PR 00918-1313

CONDADO 6, LLC
PO BOX 190085
SAN JUAN, PR 00919-0085

CONDADO BROADCASTING LLC
1315 ASHFORD AVE.
AQUAMARINA SUITE 601
San Juan, PR 00907

COPYJET, INC.
PO BOX 363912
San Juan, PR 00936-3912

CRIM
PO BOX 195387
San Juan, PR 00919-5387

DAMA DE PUERTO RICO, LLC
C/O MARJALIISA COLON- VILLANUEVA ESQ.
PO BOX 7970
PONCE, PR 00732-7970

DAVID DUNTLEY
URB. VERSALLES
Q2 15TH STREET
Bayamon, PR 00956

DAVID MORALES
PO BOX 7078
CAGUAS PR 00726-7078

DEPARTMENT OF LABOR & HUMAN RESOURCES
PO BOX 191020
San Juan, PR 00919-1020

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

DEPARTMENT OF TREASURY
PO BOX 9024140
San Juan, PR 00902-4140

DIANA BEREZDIVIN
PO BOX 11910
SAN JUAN PR 00922-1910


DIRECT RELIEF PUERTO RICO
542 ESCORIAL AVE.
CAPRRA HEIGHTS
San Juan, PR 00920-4705

DIRECT RELIEF PUERTO RICO
6400 WALLACE BECKNELL RD.
SANTA BARBARA, CA 93117

Diego H. Collazo
181 La Serrania
Caguas, PR 00725-1806


EC WASTE
PO BOX 918
PUNTA SANTIAGO
Punta Santiago, PR 00741-0918

ECO MECHANICAL, INC.
PO BOX 70250
San Juan, PR 00936-8250

EDDIE WILLIAM ALICEA RODRIGUEZ
C/O MARIA L CINTRON OTERO
HC 75 BOX 1456
CARR 814 KM 3.5
NARANJITO PR 00719-9786


EDWIN BLANCO
HC-02 BOX 11425
Lajas, PR 00667-9225

EDWIN REYES MACHADO
124 RD. 684
Barceloneta, PR 00617

EDWIN SERRANO LUNA
1233 SANTA MARIA ST.
JUANA MATOS WARD
Catano, PR 00962-4217


EJOST FASTENING SYSTEMS, LP
9900 58TH PLACE
SUITE 300
Kenosha, WI 53144-7862

EKO
114 URUGUAY ST.
San Juan, PR 00917-1231

ERIC A. CRESCIONI
P.O. Box 9023472
P.O. Box 9023472
San Juan, PR 00902-3472


ESTRELLA, LLC ATTORNEYS AND COUNSELORS
PO BOX 9023596
San Juan, PR 00902-3596

EXPO GALLERY
PMB 514
1353 RD. 19
Guaynabo, PR 00966-2715

Easeway de Puerto Rico Corp
PO Box 11311
Caparra Heights Station
San Juan PR 00922-1311


Easeway de Puerto Rico, Corp.
P.O. Box 11311 Caparra Heights Station
San Juan, Puerto Rico 00922-1311

Eugene F. Hestres Rodriguez
P.O. Box 9023472
San Juan, PR 00902-3472

FEDERACION DE ASOC PECUARIAS DE PR INC
PO BOX 2635
MAYAGUEZ PR 00681-2635


FIDENCIO ALDAMUY COLON
AJ 23 RIO INGENIO STREET
RIO HONDO
Toa Baja, PR 00949

FIDENCIO ALDAMUY COLON
RD. 190, KM.1.5, LOT 5
SABANA ABAJO INDUSTRIAL PARK
Carolina, PR 00983

FIDENCIO V. ALDAMUY COLON
AJ 23 RIO INGENIO ST.
RIO HONDO II
Bayamon, PR 00961-3235


GFR MEDIA
PO BOX 9227512
SAN JUAN, PR 00922-7512

GIOVANNI CORDERO BONINI
RD. 190, KM. 1.5, LOT 5
SABANA ABAJO INDUSTRIAL PARK
Carolina, PR 00983

GIOVANNI J. CORDERO BONINI
PRADERA NAVARRO
44 ANDALUCIA ST.
Gurabo, PR 00778-9007


GLENN INTERNATIONAL, INC.
PO BOX 3500
Carolina, PR 00984-3500

GRAYBAR
BEST THREE BLDG., LOT A
18 JOSE TONY SANTANA, SUITE C-15
Carolina, PR 00979-1547

HI-TECH PRODUCTS, INC.
PO BOX 3739
Carolina, PR 00984-3739

HILTI CARIBE LLC
PO BOX 194949
San Juan, PR 00919-4949

HOME DEPOT
PO BOX 78047
Phoenix, AZ 85062-8047

HUDSON RENEWABLE LLC
2705 MAIN STREET
LAWRENCE, VI 00864-8000

HUGO SIMIBLE
1050 MARIANA ST.
San Juan, PR 00907

I.C.C. MULTI SERVICE
AK-32 RIO ESPIRITU SANTO ST.
RIO HONDO
Bayamon, PR 00961-3227

IFCO RECYCLING
PO BOX 191744
SAN JUAN, PR 00919-1744

IGLESIAS VAZQUEZ & ASSOCIATES
PO BOX 9024070
San Juan, PR 00902-4070

INTERNAL REVENUE SERVICE
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

ISLA COOP
PO BOX 3388
Carolina, PR 00984-3388

JAC CONSULTORES, INC.
ALTOS DE ESCORIAL 930
Carolina, PR 00984

JAVIER DENIZ QUINONEZ
PO BOX 1623
San Sebastian, PR 00685-1623

JAZMIN DIAZ
EXT. ESTANCIAS DEL SOL
1-A, 7TH ST.
Rio Grande, PR 00745

JEFFREY MARON
26 VISTA  BAHIA
Cabo Rojo, PR 00623

JENNIFER ALLORA
8 URB. PUNTA DEL VIENTO
Culebra, PR 00775

JESUS VILLEGAS
NN-14 32 STREET
ALTURAS DE FLAMBOYAN
BAYAMON, PR 00959-8077

JOEL RIVERA
URB. PASEO REAL
E-6 ZAFIRO ST.
Dorado, PR 00646

JOHN FITZPATRICK
ROCKERFELLER NATURE TRAIL
Dorado, PR 00646

JONATHAN PEREZ
URB. MANSIONES DE CULEBRINES
RD. 109, KM. 25.4 INTERIOR
San Sebastian, PR 00685

JOSE A COLORADO
PO BOX 123
CATANO OPR 00963-0123

JOSE CAMACHO
CALLE D #B-5
ALTO APOLO ESTATES
GUAYNABO PR 00969-4907

JOSE G. BARREIRO
PMB 352
PO BOX 194000
San Juan, PR 00919-4000

JOSE LUIS SANTOS
URB. PASEO REAL
F-13 ESMERALDA ST.
Dorado, PR 00646

JOSE PADILLA
CIUDAD JARDIN
184 LOS ALTOS ST.
Gurabo, PR 00778

JOSE UMPIERRE
OECAN PARK
11 GERTRUDIS ST.
San Juan, PR 00911-1303

JUAN MENDEZ SOLIS, ESQ.
CITIBANK TOWER, SUITE 1402
252 PONCE DE LEON AVE.
San Juan, PR 00918-2001

JUAN SEGARRA
CAMINOS DEL MAR
C-2 VIA CARACOLES ST.
Toa Baja, PR 00949

JUDITH RAMOS MORALES
URB. VILLA COOP
G-20, 9TH STREET
Carolina, PR 00984

JULIO LEDESMA
AVE. CHALETS DEL PARQUE
APT. 4D
Guaynabo, PR 00969

JULIO NORIEGA
HACIENDA SAN JOSE
39 LA ESTANCIA ST.
Caguas, PR 00725

JULIO RIVERA
URB. MIRADOR DE BAIROA
2-S, 26TH STREET
Caguas, PR 00725

Jaime Aponte-Parsi
The Hato Rey Center, Suite 1022
268 Ponce de Leon Avenue
San Juan, PR 00918-2002

Jeffrey Maron Jessica Maron
40 loop Road
Bedford, NY 10506-1328

KAREN K. MORALES PEREZ, ESQ.
SUITE 205 B
623 PONCE DE LEON AVE.
San Juan, PR 00917-4822

KAREN K. MORALES PEREZ, ESQ.
SUITE 205 B, BANCO COOPERATIVO PLAZA
623 PONCE DE LEON AVE.
San Juan, PR 00917-4820

KENNETH TAMAYO
404 CONSTITUCION AVE.
APT. 1606
San Juan, PR 00901-2263

KERKADO ESTRADA & CO. PSC
1055 MARGINAL AVE. KENNEDY
SUITE 206
San Juan, PR 00920-1720

LEASEWAY OF PR
PO BOX 11311
CAPRRA HEIGHTS STA.
San Juan, PR 00922-1311

LIGHT GAS
PO BOX 1155
Salinas, PR 00751-1155

LIVE & LIFE IN PALMAS
170 PALMA DR.
APT. 36
Humacao, PR 00791-6043

LPG CPA, P.S.C.
PMB 516 1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966-2715

LPG CPA, PSC
PMB 516
133 LUIS VIGOREAUX AVE.
Guaynabo, PR 00966

LUIS ACOSTA BENITEZ
PMB 99
400 CALAF ST.
San Juan, PR 00918-1313

LUIS C. MUNIZ CARO
142 CALLE 2, C-15
URB. NUEVO SAN ANTONIO
AGUADILLA, PR

LUIS LOMBA
5 FLAMBOYAN GREEN R/10
PALMAS DEL MAR
HUMACAO, PR 00791-6035

LUIS VELEZ
BLOCK G, LOT 10 MORNING DEW ST.
SUNRISE, PALMAS DEL MAR
Humacao, PR 00791

LUIS X VELEZ PACHECO
PO BOX 10259
HUMACAO PR 00792-1259

LUZ VIERA PEREZ
HC-3 BOX 9579
Lares, PR 00669-9569

MAPFRE LIFE INSURANCE COMPABY
297 CARLOS CHARDON
SAN JUAN, PR 00918

MARIBEL RAMIREZ TOLEDO
RD. 463, KM 1.2 INT.
CAIMITAL ALTO WARD
Aguadilla, PR 00603

MARICHAL HERNANDEZ SANTIAGO & JUARBE
PO BOX 190095
San Juan, PR 00919-0095

MARLYN JIMENEZ RIVERA
304 PAR HEVIA
CIDRA PR 00739-2447

MAXIMO SOLAR INDUSTRIES
PO BOX 3062
Aguadilla, PR 00605-3062

MAXIMO SOLAR INDUSTRIES FLORIDA
1003 SATELLITE BLVD.
SUITE 2018
Orlando, FL 32837

MAXIMO TORRES NAZARIO
RD. 463, KM. 1.2 INT
CAIMITAL ALTO WARD
Aguadilla, PR 00603

MCKENZIE & ASSOCIATES, LLC
POPULAR CENTER BLDG, SUITE 1008
208 PONCE DE LEON AVE.
San Juan, PR 00918-1000

MCS
PO BOX 193310
San Juan, PR 00919-3310

METRO PUERTO RICO, LLC
PO BOX 1187
Guaynabo, PR 00970-1187

MICHY LLOVERAS
JAGUAS ST.
Ciales, PR 00638

MIGUEL TORRES VEGA
URB. LOS FAROLES
199 PASEO DE LA PRINCESA
Bayamon, PR 00956

MOISES GARIB
1586 ROBALO ST.
Carolina, PR 00983-1458

MOISES GARIB
1586 ROBALO ST.
URB. BAHIA VISTAMAR
Carolina, PR 00983-1458

MULTI-CLEAN
PO BOX 1396
Saint Just, PR 00978-1396

MUNICIPALITY OF SAN JUAN
PO BOX 70179
San Juan, PR 00936-8179


NAVARRO STRATEGIC CONSULTANT, INC.
COND. CAPRIVILAS, APT. 410
570 CALLE VERONA
San Juan, PR 00924-4004

NORMAN AYBAR
URB. VALLE ESCONDIDO
BUZON 35
Guaynabo, PR 00971-8002

New Energy consultants & Contractors LLC
40 loop road
Bedford, NY 10506-1328


O'NEILL & BORGES
250 MUNOZ RIVERA AVE., SUITE 800
ATTN. ALFREDO ALVAREZ
San Juan, PR 00918-1813

OHMS ELECTRICAL & REFRIGERATION
111 CALLE CECILIO  URBINA
3208 PORTAL DE SOFIA
Guaynabo, PR 00969

ORIENTAL BANK
BANKRUPTCY DEPT
PO BOX 364745
SAN JUAN,PR 00936-4745


OSNET WIRELESS
PO BOX 819
Humacao, PR 00792-0819

P.A. BARCELO, LLC
PO BOX 9021880
San Juan, PR 00902-1880

PADRE JOSE RACHE
PARROQUIA SAN ANTONIO DE PADUA
7 ASHFORD ST.
Guayama, PR 00784-4950


PARLIAMENT HIGH YIELD FUND, LLC
221 PONCE DE LEON AVE. SUITE 801
San Juan, PR 00917-1804

PARROQUIA SAN ANTONIO DE PADUA
CALLE ASHFORD 7 SUR
GUAYAMA PR 00784

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818


Parliament High Yield Fund, LLC
PO Box 190521
San Juan, PR 00919-0521

RAMSES R. MARRERO ECHEVARRIA
BOSQUE DEL RIO 410, APT. 124
RD. 876
Trujillo Alto, PR 00976

RC PROFESSIONALS & CONSTRUCTION SERVICES
PO BOX 427
Coamo, PR 00769-0427


RELIABLE TRADING, INC.
P.O. Box 9023472
San Juan, PR 00902-3472

RENVU
1350-C PEAR AVE.
Mountain View, CA 94043-1303

RICHARD SCHELL, ESQ.
171 CHARDON AVE., SUITE 301
San Juan, PR 00918-1724


RICOH
PO BOX 71459
San Juan, PR 00936-8559

ROBERTO R. QUINONES VALLE
42777 CARR 482
QUEBRADILLAS, PR 00678-9499

ROGER ELECTRIC
PO BOX 3166
Bayamon, PR 00960-3166


RPFX LOGISTICS, LLC
211 O'NEILL ST.
HATO REY
San Juan, PR 00918-2315

Raymond R. Rivero
URB ESTANCIAS DEL RIO
47 CALLE YAGUEZ
AGUAS BUENAS, PR 00703-9628

Reinaldo Novoa Gonzalez
240 La Represa
Arecibo, PR 00612-6913


SAMUEL A AMILL
200 HERNANDEZ CARRION, SUITE 4204
MANATI, PR 00674-4688

SAMUEL AMILL
URB. ARENA
CALLE HERNANDEZ CARRION
Manati, PR 00674

SECURITY GATE & DOOR
407 RIVADAVILA ST.
URB. VALENCIA
San Juan, PR 00923-1817

SERGIO MEDINA
URB. SAVANNAH REAL
L-2 PASEO BARCELONA
San Lorenzo, PR 00754

SHALIMAR MONTAÑEZ
URB. ALTURAS DE TERRA LINDA
K-14 JAZMIN ST.
YABUCOA, PR 00767

SIXTA VAZQUEZ
CANDELERO ARRIBA WARD
RD 3 KM 87.9
Humacao, PR 00791

SOL NEXT ENERGY
219 ALMENDRO ST.
URB. HACIENDA BORINQUEN
Caguas, PR 00725-7523

STATE INSURANCE FUND
PO BOX 270435
San Juan, PR 00928-2435

STATE INSURANCE FUND CORPORATION
PO BOX 365028
SAN JUAN, PR 00936-5028

SUNJUICE SOLAR, LLC
HCI BOX 4297
Utuado, PR 00641-9354

SUNPOWER ENERGY
PO BOX 4003 PMB 122
Moca, PR 00676-8009

SUNRUN
1515 ARAPAHOE ST.
TOWER 2, SUITE 600
Denver, CO 80202-3105

Scott Blakeley
18500 Von Karman Ave
Suite 530
Irvine, CA 92612-0537

Sunrun Inc.
Attn: Jessica Bastida, Contracts Manager
225 Bush Street, Suite 1400
San Francisco, CA 94104-4249

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

TABUCHI ELECTRIC
5225 HELLYER AVE.
SUITE 150
San Jose, CA 95138-1088

TESLA
3500 DEER CREEK RD.
Palo Alto, CA 94304-1317

TOSHIBA
PO BOX 70243
San Juan, PR 00936-8243

Tabuchi Electric Company of America, Ltd.
1-15-27 Tukamoto, Yodogawa-ku
Osaka, Japan 532-0026

UNO RADIO GROUP
PO BOX 363222
San Juan, PR 00936-3222

VALERIE ALDAMUY COLON
2011 VIA PLAYERO
CAMINO DEL MAR
Toa Baja, PR 00949-4357

VIRGILIO MACHADO AVILES, ESQ.
601 DISTRITO DE CONVENCIONES
BLVD BALDORIOTY DE CASTRO
San Juan, PR 00907

VMO
PO BOX 4131
Aguadilla, PR 00605-4131

WARREN DEL CARIBE
RD # 1, KM. 33.3
BAIROA WARD
CAGUAS, PR 00725

WDC PUERTO RICO, INC.
P.O. BOX 70217
SAN JUAN PR 00936-8217

WHOLESALE ELECTRIC DEL CARIBE
Barceloneta, PR 00617-2057

WILLIAM QUINTANA
HACIENDA LA SABANA
29 ARECIFE ST.
Gurabo, PR 00778

WORLDNET TELECOMMUNICATIONS, INC.
CENTRO INTERNACIONAL DE MERCADEO #9
RD. 165, SUITE 201
Guaynabo, PR 00968-8059

XIOMARA HERNANDEZ
70 PAVIA FERNANDEZ ST.
San Sebastian, PR 00685-2208

YAMIL CASTILLO 14373
DORADO BEACH EAST, VILLA 444
Dorado, PR 00646-2226

YASHIRA A. MONTALVO MOORE
MANSIONES DE MONTECASINO 2
F-11 # 600 REINITA STREET
Toa Alta, PR 00953

Giovanni Jose Cordero Bonini
Praderas de Navarro
#46 Calle Andalucia
Gurabo, PR 00778-9007

JENNIFER ALLORA
C/O JUAN A. CUYAR COBB, ESQ.
FERNANDEZ CUYAR ROVIRA & PLA LLC
PO BOX 9023905
SAN JUAN, PR 00902-3905

JOSE F CARDONA JIMENEZ
CARDONA JIMENEZ LAW OFFICE PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

Jose Gregorio Camacho
CALLE D # B-5
ALTO APOLO ESTATES
GUAYNABO, PR 00969-4907

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
100 CARR 165  SUITE 501
GUAYNABO, PR 00968-8052

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SUNNOVA ENERGY CORPORATION
20 EAST GREENWAY PLAZA, SUITE 475
HOUSTON, TX 77046

(d)SUNNOVA ENERGY CORPORATION
20 GREENWAY PLAZA #475
HOUSTON, TX 77046

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CONDADO 6, LLC

(u)Easeway de Puerto Rico Corp.
PO Box11311 Caparra Heights Station
San Juan

(d)Easeway de Puerto Rico Corp.
P.O. Box 11311 Caparra Heights Station
San Juan, PR 00922-1311

(u)HOSTSEVEN
EDIFICIO CORPORATIVO 20-10, SUITE 402
98 GUSTAVO MEJIA RICART
SANTO DOMINGO, D.R.

(d)Hispanic Federation
1110 Vermont Ave
NW Suite 930
Washington, DC 20005-3544

(d)LEASE OPTION COMPANY, INC.
PO BOX 40851
San Juan, PR 00940-0851

(u)MARCEL DALL PAI

(u)MSI ENERGY, LLC
RD. 463, KM. 1.5 INT.
CAIMITAL ALTO WARD
AGUADILLA

(d)P.A. Barcelo LLC
PO Box 9021880
San Juan, PR 00902-1880

(d)Puerto Rico Land Administration
PO Box 363767
San Juan, PR 00936-3767

(d)The Solar Foundation
1110 Vermont Ave
NW Suite 930
Washington, DC 20005-4579

(d)UNITED SURETY & INDEMNITY CO.
PO BOX 2111
San Juan, PR 00922-2111

(d)LUIS X VELEZ PACHECO
PO BOX 10259
HUMACAO, PR 00792-1259

End of Label Matrix
Mailable recipients   213
Bypassed recipients    13
Total                 226