IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>NEW ENERGY CONSULTANTS & CONTRACTORS LLC<br><br><br>DEBTOR(S) | CASE NO.: 19-05891- ESL<br><br>JUDGE: ENRIQUE S. LAMOUTTE INCLAN<br><br><br>(CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on Sep 17, 2020. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes _____ No _____ . **Track No.** _____
**Exemptions as claimed in Schedule C allowed.** Yes _____ No _____
**Creditor(s) Present** Yes ✓ No _____ .   **Attorney's Information**

Ledo. Ignacio Labarca    Miguel Rivera - BPPR    _____ Present with Debtor(s) was
Leda Teresa Lube                                  ✓ Attorney of Record
Leo. Infante                                      _____ Other: _____
Ledo. Benin                                       _____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
_____ A, _____ B, _____ C, _____ D, _____ E, _____ I & J, _____ Other _____
_____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
_____ Documents on Real Property            _____ Documents on Vehicle
(Appraisal, Title Search, Mortgage Balance)

**Trustee further requests that:**
_____ Case be closed as no-asset as of the date of §341(a) meeting.    _____ Upon receipt of documents.
✓ Case be held open for potential asset recovery.
✓ Case be RESET the §341(a) Meeting
_____ On the _____ day of _____, 200___, at _____.
_____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    _____ Debtor(s) failed to appear.
    _____ Attorney for Debtor(s) failed to appear.
    _____ Further testimony or material is needed.

_____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
    _____ Failure to provide complete: _____ Schedules, _____ Statement of Affairs, _____ Mailing Lists,
    _____ Description of estate assets.
    _____ Failure of _____ Debtor(s) _____ Counsel to appear at:
    _____ initial _____ subsequent creditor meetings.

Dated:   October 27, 2020                            S/ Wigberto Lugo Mender

                                                     WIGBERTO LUGO-MENDER, Trustee