IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF** | **CASE NO.: 19-05891 ESL** |
| **NEW ENERGY CONSULTANTS & CONTRACTORS LLC** | **CHAPTER 7** |
| **DEBTORS** | |

## NOTICE OF MOTION BY CREDITOR DIRECT RELIEF PURSUANT TO RULE 2004 FOR THE DEBTOR'S EXAMINATION AND PRODUCTION OF DOCUMENTS

NOW COMES Creditor Direct Relief, one of the largest creditors in the present case, that requests,production of documents pursuant toRule 2004 of the Federal Rules of Bankruptcy Procedure, for a production of documents.

That pursuant to Local Rule of Bankruptcy Procedure 4002-3. The undersigned attorney in representation of Direct Relief filed the present notice and a in support of the present motion files the Memorandum of Law in support. Pursuant to Local Rule 2004-1(d).

### NOTICE

Any party who objects to the examination shall serve and file an objection or motion for protective order with the United States Bankruptcy Court for the District of Puerto Rico within fourteen (14) days of service of this Motion for a Fed. R. Bankr. P. 2004 Examination, and three (3) additional days if you were served by mail, pursuant to Fed. R. Bankr. P. 9006(f). If no objection or motion for protective order is timely filed, the court may grant the motion for

examination without further notice or a hearing.

  WHEREFORE, it is respectfully requested from this Honorable Court to grant the present motion and authorize the examination and production of documents under Rule 2004.

 I HEREBY CERTIFY that the foregoing document has been filed using the CM/ECF electronic filing system which will give notice to all CM/ECF participants, and by regular mail to debtors, and all creditors and parties in interest as per the master address list.

 RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, 16th day of December 2020.

JPC LAW OFFICE
Jose M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo
